UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC. : <br> *Plaintiff* : <br> : <br> v. : <br> : <br> PATRICIA WILSON-COKER, J.D., : <br> M.S.W., COMMISSIONER OF THE : <br> STATE OF CONNECTICUT, : <br> DEPARTMENT OF SOCIAL SERVICES : <br> *Defendant* : | CIVIL ACTION NO. 302CV761 (CFD) <br><br> US DISTRICT COURT <br> HARTFORD CT <br><br><br><br> October 10, 2003 |

## FURTHER MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the defendant moves for a ninety day extension of time within which to file her Reply to Plaintiff's Motion for Summary Judgment as well as to file a cross motion for Summary Judgment. The defendant's response is currently due on October 18, 2003. The parties are presently involved in settlement discussions. The defendant intends to continue to utilize the time to pursue meaningful settlement discussions, while at the same time providing the defendant sufficient time to respond to plaintiff's Motion in the event the parties cannot settle.

Counsel for the plaintiff objects to the granting of a ninety day Motion for Extension of Time. Defendant asserts that it will need the full ninety days to adequately respond to the plaintiffs' Motion.

This is the third Motion for Extension of Time in this matter.

                DEFENDANT

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

                Richard J. Lynch
                Assistant Attorney General

BY: _____
                Peter L. Brown, ct 12132
                Assistant Attorney General
                55 Elm Street, P.O. Box 120
                Hartford, CT  06141-0120
                Tel: (860) 808-5210; 860-808-5385 (fax)

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 10th day of October 2003, first class postage prepaid to:

Richard R. Brown, Esq.
Brown, Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT  06103

James L. Feldesman, Esq.
Kathy S. Ghiladi, Esq.
Feldesman, Tucker, Leifer, Fidell & Bank LLP
2001 L Street, N.W., Second Floor
Washington, D.C.  20036

_____
Peter L. Brown
Assistant Attorney General