UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 DEC -5 P 1:54
US DISTRICT COURT
HARTFORD CT

COMMUNITY HEALTH CENTER,
    Plaintiff

- v -                          Civil No 3:02CV761(CFD)

SOCIAL SERVICES,
    Defendant

### ORDER

A settlement conference shall be held before the undersigned on **February 4, 2004, at 10:00 a.m.** The parties shall submit *ex parte* statements **to the Chambers of Judge Smith**, not to exceed four pages, briefly setting forth their settlement positions, no later than February 2, 2004. **Facsimiles will not be accepted**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), aff'd, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this 5th day of December, 2003.

Thomas P. Smith
United States Magistrate Judge