UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC. : <br> *Plaintiff* <br> <br> v. <br> <br> PATRICIA WILSON-COKER, J.D., <br> M.S.W., COMMISSIONER OF THE <br> STATE OF CONNECTICUT, <br> DEPARTMENT OF SOCIAL SERVICES : <br> *Defendant* | CIVIL ACTION NO. 302CV761 (CFD) <br> <br> US DISTRICT COURT <br> HARTFORD CT <br> <br> <br> <br> <br> December 18, 2003 |

## FURTHER MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the defendant moves for a one week extension of time within which to file her Reply to Plaintiff's Motion for Summary Judgment. The defendant's response is currently due on December 19, 2003. Counsel for the defendant has missed several days of work due to illness and will require until December 26, 2003 to complete the brief. Counsel for the plaintiff objects to the granting of a one week Motion for Extension of Time. This is the fourth Motion for Extension of Time in this matter.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: *Peter L. Brown*
Peter L. Brown, ct 12132
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 18[h] day of December 2003, first class postage prepaid to:

Richard R. Brown, Esq.
Brown, Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103

James L. Feldesman, Esq.
Kathy S. Ghiladi, Esq.
Feldesman, Tucker, Leifer, Fidell & Bank LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036

_____
Peter L. Brown
Assistant Attorney General