2



**Connecticut Department of Social Services**
*Replacing welfare with work.*

JOHN G. ROWLAND  MICHAEL P. STARKOWSKI
Governor  Deputy Commissioner

(860) 424-5053   1-800-842-4524 TDD/TYY   FAX (860) 424-5057

June 7, 2001

Ronald Preston, Ph.D.
Associate Regional Administrator
HHS/HCFA Division of Medicaid & State Operations
J.F.K. Building - Room 2275
Boston, MA 02203

Dear Dr. Preston:

Enclosed please find a revised addendum to State Plan Amendment 01-002. State Plan Amendment 01-002 was submitted on March 29, 2001 and pertains to payments to Federally Qualified Health Centers (FQHC).

The revised addendum submitted on April 12, 2001 has been further modified to address the issues raised in your letter of May 21, 2001 to Evelyn Barnum of the Connecticut Primary Care Association concerning State Plan Amendment 01-002. Specifically, Section 17b-262-668 has been revised to clarify that cost report auditing would apply to the 1999 and 2000 filings used to determine prospective rates and the word "significant" has been removed from Section 17b-262-665 relating to changes to scope of services. In addition, a provision has been added in Section 17b-262-665 to allow FQHC's to seek a waiver of minimum visit standards/productivity screens.

As you know, the addendum represents the Department's regulations implementing a Medicaid prospective payment system for FQHC services in accordance with BIPA 2000. Section 17b-10 of the Connecticut General Statutes permits the Department to implement regulations relating to federal law compliance while final adoption is pending. Rates were issued on March 30, 2001 retroactive to January 1, 2001 in accordance with the regulations and BIPA 2000 and the regulations are in full force and effect pending legislative approval.

It is understood that HCFA may issue clarifying policies concerning the new Medicaid FQHC prospective payment requirements under BIPA 2000. Please be aware that the Department will make adjustments to our methods as applicable.

**Jobs First Initiative**
Call us at 1-800-392-2122 if you have an employment position to fill.
25 Sigourney Street, Hartford, Connecticut 06106-5033
An Equal Opportunity/Affirmative Action Employer. Printed on Recycled or Recovered Paper.

**ADDENDUM to page 1(b) Clinic Services – Federally Qualified Health Centers
(State Regulations as of June 7, 2001)**

Section 1. The Regulations of Connecticut State Agencies are amended by adding sections 17b-262-661 to 17b-262-669, inclusive, as follows:

**(NEW) Section 17b-262-661 Definitions**

For the purpose of the Regulations of Connecticut State Agencies sections 17b-262-661 to 17b-262669, inclusive:

(1) "Allowable Service Cost" means the costs as reported in the annual report attributable to each primary health, mental health and dental service category after any cost adjustment, cost disallowance or reclassifications.

(2) "Annual Report" means the annual cost and performance reporting document consisting of forms provided by the Department and other documents submitted by the Community Health Center. The annual report shall include but not be limited to actual revenues, actual costs, actual visits, imputed visits, projected grants and contributions, cost adjustments, cost disallowances, and audited financial statements.

(3) "Annual Report Period" means the period from July 1 through June 30 each year.

(4) "Billable Service Visits" means a face-to-face encounter between the patient and health practitioner during which a primary health, mental health or dental service is rendered whether such encounter is billed or not. Encounters with more than one health practitioner and multiple encounters with the same health practitioner for the same primary care, mental health or dental service which take place on the same day and at a single location constitute a single visit except for cases in which the patient, subsequent to the first encounter, suffers an illness or injury requiring additional diagnosis or treatment. Encounters on the same day for different services (e.g. primary care and dental) constitute two separate billable services.

(5) "Commissioner" means the Commissioner of Social Services or designated representative.

(6) "Cost Adjustments" means the disallowed overhead costs which are in excess of 30% of the total service costs.

(7) "Cost Disallowances" means costs such as, but not limited to: Entertainment; Fines and penalties; Bad debts and cost of actions to collect receivables; Advertising except for recruitment of personnel; Contingency reserves; Legal, accounting and professional services incurred in connection with rehearings, arbitrations or judicial proceedings pertaining to the reimbursement rates approved by the Commissioner; Fund Raising; Amortization of Goodwill; Directors Fees, contributions, membership dues for public relations, advertising and political contributions and costs not related to patient care. In addition, as applicable, Medicare rules as set forth in 42 U.S.C. 1395 et. seq., and the regulations promulgated thereunder and the Medicare Provider Reimbursement Manual issued by the Health Care Financing Administration shall be used to determine the allowability of specific cost items.

(8) "Community Health Center (CHC)" means a non-profit medical facility which is not a part of a hospital but is organized and operated to provide primary health services as defined in subdivision (13) of this section. Such facility may also provide supplemental health services as defined in subdivision (18) of this section and dental and mental health services. Such facilities are further distinguished by their service to low income and

Dr. Preston
June 7, 2001
Page 2

If you or your staff have any questions concerning the revised addendum or Medicaid State Plan Amendment 01-002 please contact Gary M. Richter, Director, Certificate of Need and Rate Setting (860-424-5105). Thank you for your assistance with this matter.

                                              Sincerely,

                                              Michael P. Starkowski
                                              Deputy Commissioner

MS/grm

Enc.

cc:    Marc Ryan, Deputy Secretary, Office of Policy and Management
        Richard Lynch, Office of the Attorney General
        David Parrella, Director, Medical Administration
        Gary Richter, Director CON and Rate Setting
        Lee Voghel, Director, Fiscal Analysis

(18) "Supplemental Health Services" means services associated with the support of primary health services. Services include, but are not limited to:
    (1) pharmaceutical services (where such services are independently certified);
    (2) rehabilitation services, such as: physical therapy, occupational therapy; speech, language or hearing services;
    (3) laboratory and x-ray services (where such services are independently certified); and
    (4) vision care services.

Sec.2. (NEW) Section 17b-262-662 Submission of Annual Report

(a) Annually on December 1, each Community Health Center, hereafter called "CHC", shall submit its annual report in a form and manner prescribed by the commissioner.

(b) The annual report shall cover the period from July 1 to June 30 immediately preceding the filing date and shall be used to determine per visit rates as necessary.

(c) The Department will review the annual report and communicate with the CHC in writing the Department's comments or questions about the submitted annual report.

Sec.3 (NEW) Section 17b-262-663 Determination of Per Visit Rates for the Period from January 1, 2001 through September 30, 2001

For the period from January 1, 2001 through September 30, 2001, for each CHC, the per visit rate for each service, consisting of primary health service, mental health service and dental service, shall be the average of the allowable service cost per visit computed for 1999 and 2000 based upon annual report filings. The average shall be computed by adding the cost per visit for 1999 and the cost per visit for 2000 and dividing by two. For a qualified CHC that did not file a 1999 annual report, the per visit rates shall be computed based upon the 2000 annual report subject to a request for reconsideration in accordance with Section 17b-262-665. The allowable service cost per visit for 1999 and 2000 shall be computed as follows:

(a) For each CHC, allowable costs for each service, as applicable, shall be subtracted from associated service operating revenue.

    (1) If a gain results, meaning a positive amount, there shall be no adjustment to the allowable service cost.
    (2) If a shortfall results, meaning a negative amount, the dollar amount of the shortfall shall be subtracted from projected health service grants and contributions excluding public health service grants. If this calculation results in a positive amount, the Commissioner shall subtract such positive amount from the allowable service cost the result of which shall be the adjusted service cost. If this calculation results in a negative amount, there shall be no adjustment to the allowable service cost.

(b) The lower of allowable service cost or adjusted service cost determined pursuant to subsection (a) of this section shall be divided by the larger of actual billable service visits or, for primary health, imputed primary health services visits, to determine the cost per service visit.

Sec.4 (NEW) Section 17b-262-664 Determination of Per Visit Rates for the Period Beginning October 1, 2001 and Annually Thereafter

Effective October 1, 2001, and annually thereafter, the rates for each service determined pursuant to section 17b-262-663 of the Regulations of Connecticut State Agencies shall be increased by the projected annual percentage increase in the Medicare Economic Index for primary health services.

Sec.5 (NEW) Section 17b-262-665 Reconsideration of Per Visit Rates

(a) In the event of a change in the scope of services, any CHC may submit a written request to the commissioner for a revision to a rate or rates. The written request shall include, at a minimum: a description of the change in the scope of services, the reason for the change, any approval required by a state or federal agency, the impact on capital and operating costs and the requested rate.

(b) Any CHC that has projected health services grants and contributions (excluding public health service grants) subtracted from allowable service costs to determine adjusted service costs may request a reconsideration of rates in the event of a reduction in such grants and contributions.

(c) Any CHC that did not file a 1999 cost report and has a rate determination based solely upon its 2000 cost report filing may request a reconsideration of rates in the event that service visit volume or costs are not representative of ongoing operations.

(d) Any CHC may submit a written request to the commissioner for a revision to a rate or rates by seeking a waiver of imputed primary health service visits used to calculate rates established pursuant to section 17b-262-661 of the Regulations of Connecticut State Agencies, which would be granted only on the basis of demonstrated reasonable justification for not meeting such standards.

Sec.6 (NEW) Section 17b-262-666 Rates for a New CHC Entering the XIX Program

A new CHC shall be issued rates equal to the average of the rates of CHCs located in the applicable regional peer grouping. One peer grouping shall be those CHCs located in Fairfield County. The other peer grouping shall be those CHCs located in all other counties.

Sec.7 (NEW) Section 17b-262-667 Record Maintenance and Retention

Each CHC shall maintain all supporting records of its annual report for a minimum period of 10 years. The records shall be available for review without regard for changes in ownership. Any cost for which adequate documentation is not maintained may be disallowed.

Sec.8 (NEW) Section 17b-262-668 Annual Report Audits

The Department shall have the right to audit all supporting accounting and business records and all records relating to the provision of services to clients funded by the Department for 1999 and 2000 annual report periods. If the audit discloses discrepancies in the accuracy or allowability of actual cost and actual statistical data as submitted in the annual report or reports, the per visit rate or rates shall be adjusted. Payment either in favor of the CHC or the state shall be made accordingly.

Sec. 9 (NEW) Section 17-262-669 Limitation on Title XIX Rates

Rates paid by the state for care of persons eligible for Title XIX benefits shall not exceed the rate of payment for similar services provided to the general public.

Sec. 10 Sections 17-134d-70 to 17-134d-78, inclusive, of the Regulations of Connecticut State Agencies are repealed.

Statement of Purpose: To update the method of setting rates for Federally Qualified Health Centers to comply with section 702 of the Medicare, Medicaid, and SCHIP Benefits Improvement and Protection Act (BIPA) of 2000.

State of Connecticut
Department of Social Services
Medical Care Administration

| MEDICAL SERVICES POLICY | MENTAL HEALTH CLINICS 171.1. - 171.1A.III. |
|---|---|

### 171.1 Mental Health Clinics

Covered in this section are all independent mental health facilities, private and nonprofit, which are under the direction of a licensed physician or psychiatrist and staffed by psychiatrists, psychologists, social workers and other such allied health professionals and paraprofessionals providing mental health services that are designed to

    a.    effectively decrease the prevalence and incidence of mental illness, emotional disturbance and social dysfunction, and

    b.    promote mental health in individuals and groups.

(Refer to Section 171. for other applicable clinic services policy).

#### A. Legal Bases

    I.    Code of Federal Regulations: 42 CFR 440.90, 440.130

    II.    Connecticut General Statutes: Section 17b-262

    III.    Regulations of Connecticut State Agencies: Sections 17-134d2(9), 17-134d-56

State of Connecticut
Department of Social Services
Medical Care Administration

| MEDICAL SERVICES POLICY | MENTAL HEALTH CLINICS 171.1B. - 171.1B.IV. |
|---|---|

B. <u>Definitions</u>

    I. Mental Health Clinic

"Mental Health Clinic" means a free-standing facility having as its primary function the diagnosis, treatment, counseling and/or rehabilitation involving mental, emotional and behavioral problems, disturbances, dysfunction, and substance abuse. Services are provided to an individual on an outpatient basis or off-site as defined in Section 171.

The clinic is staffed by physicians, psychiatrists, and allied health professionals who are directly involved in the facility's programs. The allied health professionals provide services under the direction of a physician or psychiatrist who is a licensed practitioner performing within the scope of his/her practice.

    II. "By or under the direction of a physician or psychiatrist"

"By or under the direction of a physician or psychiatrist" means the mental health clinic's services may be provided by allied health professionals whether or not a physician or psychiatrist is physically present at the time that medical or medically-related services are provided. The physician or psychiatrist

        a. must assume professional responsibility for the services provided;

        b. must assure that the services are medically appropriate, i.e., the services are intended to meet a medical or medically-related need, as opposed to needs which are clearly only social, recreational or educational;

        c. need not be on the premises, but must be readily available, meaning within fifteen (15) minutes.

    III. Allied Health Professional

An allied health professional or paraprofessional is an individual, employed in a clinic, who is qualified by special education and training, skills, and experience in providing mental health care and treatment. Services may be provided by, but not limited to, psychologists, psychiatric nurses, psychiatric social workers, and mental health counselors.

    IV. Psychiatric Clinic or other Mental Health Facility Which Serves Children

"Psychiatric Clinic or other Mental Health Facility Which Serves Children" means a psychiatric clinic or mental health facility maintaining a mental health program for children and youth and their families.

State of Connecticut
Department of Social Services
Medical Care Administration

MEDICAL SERVICES POLICY

MENTAL HEALTH CLINICS
171.1B.V. - 171.1B.VIII.

V. Parent Interview - Children's Services

"Parent Interview" means an interview with the Medicaid eligible parent of a child, under 18 years of age, who has been diagnostically evaluated in a psychiatric clinic or other mental health facility which services children and for whom a treatment plan has been developed. Treatment, especially in cases involving a younger child, may be carried out through the child's parent(s) who meet directly with the clinic's health professional staff. These sessions are intended to benefit the child and are a part of the child's written plan of care. The sessions include, but are not limited to: (1) discussing the child's treatment; (2) counseling the child's parent(s) concerning the parent's behavior as it affects the child; (3) assessing parenting skills as they exist and as desired. This definition does not include treatment services provided to a parent which are primarily for the benefit of a parent or relate to the parent's own diagnosis (see Section I.III).

VI. Methadone Maintenance Treatment Program

"Methadone Maintenance Treatment Program" means services provided to rehabilitate the chronic heroin addict. Services usually include the physical examination and dosages of methadone to curb the craving for heroin and prevent euphoria if it is used. The patient participates in a supportive rehabilitation program including individual and group counseling, family counseling, nursing and psychiatric care. All services are directed toward the goal of drug abstinence and the achievement and maintenance of self-sufficiency and economic self-support.

VII. Family Treatment Services

"Family Treatment Services" means treatment services involving two or more members of the same family interviewed together by the same clinician. The treatment may focus on how the family, as a single psychosocial unit, functions, or may involve the plan of care of an individual family member focusing on the individual as (s)he functions as a part of the family system. (See Section I.III. of this policy.)

VIII. Qualified Neuropsychologist

"Qualified Neuropsychologist" means a psychologist who

State of Connecticut
Department of Social Services
Medical Care Administration

---

MEDICAL SERVICES POLICY

MENTAL HEALTH CLINICS
171.1B.VIII.a. - 171.1C.III.c.

---

    a.    documents completion of a Ph.D. or Psy.D. degree in clinical psychology from a program approved by the American Psychological Association with extensive pre- or post-doctoral coursework in basic neurosciences, neuroanatomy, neuropathology, clinical neurology, psychological assessment, clinical neuropsychological assessment, psychopathology and psychological intervention,

        and

    b.    has completed one year of full-time supervised clinical neuropsychological experience at the post-doctoral level and at least one year of independent professional experience as a clinical neuropsychologist,

        or

    c.    the equivalent of three years of unsupervised post-doctoral experience as a clinical neuropsychologist within the past ten years.

C.    <u>Provider Participation</u>

    I.    The provider must meet all applicable licensing and certification requirements.

    II.    The provider must meet all Departmental enrollment requirements.

    III.    The following are requirements of satellite sites operated by clinics:

        a.    All satellite sites established under Section 17-424 of the Connecticut State Statutes must comply with all Department of Children and Families (DCF) statutory, regulatory and preferred practice requirements and document to the Department DCF approval of such sites;

        b.    All satellite sites licensed by Department of Public Health (DPH) must also be approved by the Department of Public Health to provide clinic services at such locations, and document to the Department DPH approval of such sites;

        c.    All clinics must document to the Department the names and titles of satellite clinical staff and scheduled hours of operation (hours per day/days per week) and description of services provided at such sites;

State of Connecticut
Department of Social Services
Medical Care Administration

| MEDICAL SERVICES POLICY | MENTAL HEALTH CLINICS 171.1C.III.d. - 171.1E.I.d. |
|---|---|

    d.    All such sites must otherwise comply with the provisions of this section of the Department's Medical Services Manual covering mental health clinic services;

    e.    In cases in which the clinic has a special arrangement to provide services in another organized facility, the clinic must submit to the Department a copy of a written agreement between the clinic and such facility stipulating the services to be provided at such facility;

    f.    There must be adequate private office space in which to conduct direct patient care and treatment and administrative services.

D.    <u>Eligibility</u>

Payment for clinics providing mental health services are available for all persons eligible for Medicaid, subject to the conditions and limitations which apply to these services.

E.    <u>Services Covered and Limitations</u>

Except for limitations and exclusions listed below, the Department will pay for mental health services which conform to accepted methods of diagnosis and treatment, but will not pay for anything of an unproven, experimental or research nature or for services in excess of those deemed medically necessary by the Department to treat the recipient's condition or for services not directly related to the recipient's diagnosis, symptoms or medical history.

    I.    Services include:

        a.    Initial evaluation (Diagnostic)

        b.    Treatment services:

            1.    Individual psychotherapy

            2.    Group psychotherapy

            3.    Family therapy

            4.    Methadone maintenance treatment programs

        c.    Physical/neurological exams in connection with evaluation of mental illness.

        d.    Parent Interview - Children's Services

State of Connecticut
Department of Social Services
Medical Care Administration

| MEDICAL SERVICES POLICY | MENTAL HEALTH CLINICS 171.1E.I.e. - 171.1E.I.e.5. |
|---|---|

e. Psychological Testing - performed by licensed psychologists only. The following procedures are covered:

   1. Intellectual Evaluation - Individual

      Evaluation of intellectual functioning by means of appropriate psychological procedures, such as Wechsler Adult Intelligence Scale, Wechsler Intelligence Scale for Children, Stanford-Binet Intelligence Scale, etc.

   2. Scholastic Achievement and/or Group Intelligence

      Scholastic Achievement: Determination of acquired abilities in areas of educational achievement through the administration and evaluation of tests such as the Stanford Achievement Tests, California Reading Test, Wide Range Achievement Tests, etc.

      Group Intellectual Evaluation: Determination of intellectual functioning by means of group intelligence tests such as the Lorge-Thorndike Intelligence Test, Otis Quick-Scoring Mental Ability Test, California Short-Form Test of Mental Maturity, etc.

   3. Personality Diagnosis and Evaluation

      Study of personality dynamics, interpersonal relations, emotional adjustment and stability, through the utilization of psychological procedures, such as Rorschach, MMPI, Thematic Apperception Test, Children's Apperception Test, Figure Drawing, etc.

   4. Evaluation of Organic Brain Involvement: Organicity

      Assessment of functions requiring memory, concept formation, visual motor skills, etc., by means of such psychological procedures as the Wechsler Memory Scale, Goldstein-Scheerer Battery, Bender Visual Motor Gestalt Test, etc.

   5. Evaluation of Aptitudes, Interests, and Educational Adjustment

      Assessment of vocational aptitudes, interests and educational achievement by means of such procedures as manipulation tests of dexterity and coordination, vocational aptitude tests, interest tests, achievement tests, etc.

State of Connecticut
Department of Social Services
Medical Care Administration

| MEDICAL SERVICES POLICY | MENTAL HEALTH CLINICS 171.1E.I.f. - 171.1E.III.d. |
|---|---|

    f.    Neuropsychological Evaluation performed by a qualified neuropsychologist as defined in Section 171.IB.VIII. of this policy. The following procedures are covered:

        Assessment of perceptual/motor functions; language functions; attention, memory and learning; intellectual processes; and emotion, behavior, and personality by means of appropriate psychological procedures administered by a qualified neuropsychologist, such as the Wechsler Adult Intelligence Scale, the Wide Range Achievement Test, the Wechsler Memory Scale, the Luria Nebraska Neuropsychological Battery, the Halstead-Reitan Neuropsychological Battery, etc.

II.    Limitations

    a.    Group, family, or individual therapy is limited to one (1) visit (session) per day of the <u>same</u> type;

    b.    A maximum of eight (8) persons per group session.

    c.    A psychiatric evaluation, neuropsychological evaluation, or psychological testing procedure is limited to one (1) in any twelve (12) month period per provider for the same recipient. (See also Section I.III. - Neuropsychological Evaluations.)

    d.    Clinics providing methadone maintenance and other medical day treatment programs are required to furnish all services at the clinic except for a home visit for the purposes of evaluating the recipient's home environment if required by the recipient's plan of care.

    e.    Services covered are limited to those listed in the Department's Fee Schedule.

III.    Services Not Covered

    a.    Information furnished by the provider to the recipient over the telephone.

    b.    Concurrent services for the same patient involving similar services or procedures.

    c.    Clinic visits to obtain a prescription, the need for which has already been ascertained.

    d.    The Department will not pay for procedures performed in the process of preparing an individual for transsexual surgery.

State of Connecticut
Department of Social Services
Medical Care Administration

| MEDICAL SERVICES POLICY | MENTAL HEALTH CLINICS 171.1E.III.e. - 171.1F.II.b. |
|---|---|

    e.    Canceled visits or appointments not kept regardless of site.

    f.    Hypnosis or electroshock therapy, unless personally performed by a licensed practicing physician (M.D.).

F.    <u>Need for Service and Authorization Process</u>

  I.    Need for Service

Any Medicaid eligible person requiring mental health clinic or off-site services may receive these services from a clinic provided that

    a.    The treatment is within the scope of the clinic's license;

    b.    The service is made part of the recipient's medical record;

    c.    The service is recommended by a physician.

  II.    Prior Authorization

The following services performed at the clinic, a satellite site, school, community center, or off-site require prior authorization from the Department as follows:

    a.    Individual, group, and family psychotherapy or counseling, and parent interviews, in excess of thirteen (13) visits in ninety (90) days or twenty-six (26) visits in six (6) months to the same recipient when performed at the clinic, satellite site, school, community center, recipient's home, or hospital. The number of visits accumulate regardless of the location where the services are performed;

    b.    Individual, group, or family psychotherapy or counseling performed in a skilled nursing facility, intermediate care facility, or intermediate care facility for the mentally retarded, from the date of first treatment;

State of Connecticut
Department of Social Services
Medical Care Administration

---

MEDICAL SERVICES POLICY                              MENTAL HEALTH CLINICS
                                                     171.1G.II. - 171.1H.II.

---

II. A psychologist who is fully or partially salaried by a clinic may not receive payment from the Department unless the psychologist maintains an office for private practice at a separate location from the clinic in which the psychologist is employed and bills for a service provided to his private patient at his private practice location only.

III. Documentation Requirements

   a. A record of each service performed must be on file in the recipient's individual medical record. The service record must include, but is not limited to

      1. the specific services rendered;

      2. the date the services were rendered;

      3. for therapy services, the amount of time it took to complete the session on that date;

      4. the name and title of the person performing the services on that date;

      5. the site at which the services were rendered;

      6. the recipient's individual medical record must contain at least a monthly summary documenting the progress made toward the goals and objectives in accordance with the recipient's plan of care.

   b. All documentation must be entered in ink and incorporated into the patient's permanent medical record in a complete, prompt, and accurate manner. All documentation shall be made available to authorized Department personnel upon request as permitted by Federal law.

   c. In the case of off-site services, all individual medical records must be on file at the clinic.

H. Billing Procedures

   I. Form HCFA 1500 "Health Insurance Claim Form" is used for billing all clinic services. The bill is mailed to the Department's Claims Processing agent:

      Electronic Data Systems Corporation (EDS)
      Professional Claims
      P.O. Box 2941
      Hartford, Connecticut 06104

   II. All claims submitted for payment which include prior authorized procedures must include the authorization number from the current authorization.

State of Connecticut
Department of Social Services
Medical Care Administration

---

MEDICAL SERVICES POLICY

MENTAL HEALTH CLINICS
171.1H.III. - 171.1I.III.d.

---

III. Claims submitted for payment for the parent interview procedure must be billed using the eligible parent's Medicaid ID number and reflect the diagnosis of the child who is receiving treatment services.

IV. All services must be billed indicating the appropriate site at which the services were performed according to the place of service coding required by the Department.

I. Payment

    I. Payments will be made at the lower of

        a. the usual and customary charge to the public or,

        b. the fee as contained in the individual clinic's fee schedule, as published by the Department, or

        c. the amount billed.

    II. Payment Rate

        a. The Commissioner of the Department of Social Services establishes the fees as contained in the clinic's fee schedule. The fees are based on moderate and reasonable rates prevailing in the respective communities where the service is rendered.

        b. Subject to the service limitations stated in this policy, mental health clinics shall be reimbursed by the Department for services in accordance with the Department's fee schedule covering mental health clinic services regardless of the site where the service is provided.

    III. Payment Limitations

        a. Transportation services not provided for in the clinic rate will be available in accordance with the Medicaid Transportation policy.

        b. The fee for a Methadone Maintenance Treatment Program clinic visit is "all-inclusive" and represents the maximum amount payable for any recipient for all sources of care at the clinic for that visit.

        c. The fee for an evaluation represents the full amount payable regardless of the length of time taken to complete the session.

        d. The fee for an evaluation includes but is not limited to

State of Connecticut
Department of Social Services
Medical Care Administration

| MEDICAL SERVICES POLICY | MENTAL HEALTH CLINICS 171.1I.III.d.1. - 171.1I.III.l. |
|---|---|

        1.    determination of the course of treatment

        2.    a written report.

e. The fee for psychodiagnostic testing includes a written report by a licensed psychologist.

f. The fee for therapy represents the full amount payable per day regardless of the length of time taken to complete the session.

g. The payment rate for family treatment services, as defined in Section 171.IB.VII. of this policy, is a flat rate per treatment session regardless of the number of Medicaid eligible family members attending the session. The services as described in the definition can only be billed using the special code for "Family Therapy".

h. The Department will not pay separately for parent interview services for a parent who has an individual treatment plan and is receiving direct treatment services from the same clinic and the same therapist. Payment for the treatment services provided to a parent, in this case, shall include parent interview services as described in Section 171.IB.V. of this policy and cannot be billed separately.

i. The services provided by methadone maintenance treatment programs are limited to payment for one (1) clinic visit per week per recipient regardless of the number of times the recipient is seen in the clinic during any given week. (See Section I.III.).

j. Travel costs incurred by clinic staff for covered services provided at covered sites are included in the Department's established rate for such covered services.

k. There is no separate reimbursement for medication reviews by a licensed physician. A medication review is a part of the ongoing treatment of an individual and these services are included in the fee for a treatment service.

l. The Department will not pay for a neuropsychological evaluation **and** any other psychodiagnostic evaluation (i.e., intellectual evaluation, scholastic achievement/group I.Q. test, personality diagnosis, evaluation of organic brain involvement, evaluation of aptitudes, interests, and educational adjustment) in any twelve (12) month period when performed by the same provider for the same recipient.

State of Connecticut
Department of Social Services
Medical Care Administration

| MEDICAL SERVICES POLICY | MENTAL HEALTH CLINICS |
|---|---|
| | 171.1I.III.m. |

m. No payment will be made for neuropsychological evaluations for a recipient who (1) is enrolled in a day treatment program for the Traumatic Brain Injured as defined in Section 171.2B.XVI. of the Department's Medical Services Policy for Rehabilitation Clinics - the cost of such testing is made a part of the fees for such programs; or (2) was discharged from a TBI program within twelve (12) months from the date of TBI program testing.

State of Connecticut
Department of Social Services
Medical Care Administration

| MEDICAL SERVICES POLICY | REHABILITATION CLINICS 171.2. - 171.2A.III. |
|---|---|

### 171.2 Rehabilitation Clinics

Covered in this section are independent comprehensive rehabilitation facilities; speech, hearing and language clinics affiliated with health centers; and other independent rehabilitation clinics providing diagnostic, therapeutic and restorative services to injured, ill or disabled individuals. (Refer to opening Section 171. for other applicable clinic services policy).

    A.    <u>Legal Bases</u>

        I.    Code of Federal Regulations: 42 CFR 440.90, 440.110, 440.130

        II.    Connecticut General Statute: Sections 17b-262, 17b-243, 17b-244, 17b-245

        III.    Regulations of Connecticut State Agencies: Section 17-134d-56