6



# STATE OF CONNECTICUT
### DEPARTMENT OF SOCIAL SERVICES
25 SIGOURNEY STREET • HARTFORD, CONNECTICUT 06106-5033

RECEIVED
STATE OF CONNECTICUT

OCT 31 2001

OFFICE OF QUALITY ASSURANCE
DSS

October 31, 2001

Timothy Kearney, Ph.D.
Community Health Center, Inc.
635 Main Street
Middletown, CT 06454

Provider No.: 4054441
Report No.: MA-AO-02-11

Dear Dr. Kearney:

Enclosed is the final report covering our audit of Medical Assistance claims paid during the period January 1, 1999 to December 31, 2000. The draft of this report was discussed with you on October 11, 2001.

The audit adjustment totals $78,508.95. EDS will be instructed to deduct the amount from future payments to Community Health Center, Inc. Although there is no statutory right to a hearing to appeal the audit, this Department does extend an informal process for providers to express disagreement with the final audit. If you disagree with our audit findings and wish to have an informal review, please submit your written request to Mr. James Wietrak, Director of Quality Assurance within thirty days of this letter. Your request must detail the findings and issues you wish to have heard. Only the specific issues identified in your request can be presented at the review.

If you have any questions or desire additional information concerning matters in the report, please contact Ms. Donna Frank at (860) 424-5922.

We wish to extend our appreciation for the courtesy and cooperation extended to our representative during the course of this audit.

Sincerely,

John F. McCormick, CPA
Accounting Manager
Office of Quality Assurance

JFM/DF:bp
Enclosure

cc: J. Wietrak ✓
    D. Parrella

5



# STATE OF CONNECTICUT
## DEPARTMENT OF SOCIAL SERVICES
25 SIGOURNEY STREET • HARTFORD, CONNECTICUT 06106-5033

## ANNUAL REPORT

## FEDERALLY QUALIFIED HEALTH CENTER (FQHC)

Date: 12/27/99

1. Name of Center: Community Health Center, Inc.

   Provider Number

   - Medical: 004039103
   - Dental: 004010871
   - Mental Health: 004054441

   Street Address: 635 Main Street

   City or Town; Zip: Middletown, CT 06457

   Contact Person: Anthony Mastroianni

   Telephone Number: (860) 347-6971 X 3607

2. Period: July 1, 19 98 through June 30, 19 99

3. List on page 1A (next page) all service sites.

4. Completed Forms and Audited Financial Statement should be mailed to:

   Gary Richter, Director
   Office of CON and Rate Setting
   Department of Social Services
   25 Sigourney Street
   Hartford, CT 06106

DSS - 95

## SERVICE SITES

| | Location | FQHC Qualified Yes or No (a) |
|---|---|---|
| 1. | Community Health Center of Middletown<br>635 Main Street<br>Middletown, CT 06457 | Yes |
| 2. | Community Health Center of New London<br>One Shaws Cove<br>New London, CT 06320 | Yes |
| 3. | Community Health Center of Groton<br>333 Long Hill Road<br>Groton, CT 06340 | Yes |
| 4. | Community Health Center of Meriden<br>134 State Street / 165 Miller Street<br>Meriden, CT 06450 | Yes |
| 5. | Community Health Center of Old Saybrook<br>263 Main Street<br>Old Saybrook, CT 06475 | Yes |

1A

DSS-95

**Note**
(a) If yes, please attach the FQHC approval letter.

## SERVICE SITES

| | Location | FQHC Qualified Yes or No (a) |
|---|---|---|
| 1. | Community Health Center of New Britain<br>One Washington Square<br>New Britain, CT  06051 | yes |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

1A

DSS-95

**Note**
(a) If yes, please attach the FQHC approval letter.

COMMUNITY HEALTH CENTER, INC
MEDICAID COST REPORT

RATE CALCULATION FOR FYE 06/30/99

FORM A

A. DIRECT HEALTH CARE COSTS EXCLUDING DENTAL, MENTAL HEALTH AND OTHER SERVICES

| | I SALARIES & WAGES | II NON-SALARY | III TOTAL (I + II) | IV RECLASS (A) | V RECLASSED (III + IV) | VI DISALLOW COST OFFSET | VII NET EXPENSE (V - VI) |
|---|---|---|---|---|---|---|---|
| 1. STAFF COSTS | | | | | | | |
| A. PHYSICIAN | 2,226,500 | 439,113 | 2,665,613 | | 2,665,613 | | 2,665,613 |
| B. PHYSICIAN ASSISTANT | | | 0 | | 0 | | 0 |
| C. NURSE PRACTITIONER | 306,476 | 60,375 | 366,851 | | 366,851 | 0 | 366,851 |
| D. OTHER-ATTACHMENT A | 2,576,904 | 640,009 | 3,216,913 | 34,594 | 3,251,507 | 0 | 3,251,507 |
| E. SUBTOTAL - NON PHYS | 5,109,880 | 1,139,497 | 6,249,377 | 34,594 | 6,283,971 | 0 | 6,283,971 |
| 2. OTHER COST | | | | | | | |
| A. MEDICAL SUPPLIES | | 211,118 | 211,118 | | 211,118 | | 211,118 |
| B. TRANSPORTATION | | 25,118 | 25,118 | | 25,118 | | 25,118 |
| C. DEPRECIATION | | 204,496 | 204,496 | | 204,496 | | 204,496 |
| -MEDICAL EQUIPMENT | | | 0 | | 0 | | 0 |
| D. PROFESSIONAL LIABILITY INSURANCE | | 97,459 | 97,459 | | 97,459 | | 97,459 |
| E. OTHER-ATTACHMENT A1 | | | 0 | | 0 | | 0 |
| F. SUBTOTAL (A THRU E) | 0 | 1,113,319 | 1,113,319 | 0 | 1,113,319 | 267,360 | 845,959 |
| | | 1,651,510 | 1,651,510 | | 1,651,510 | 267,360 | 1,384,150 |
| 3. TOTAL | 5,109,880 | 2,791,007 | 7,900,887 | 34,594 | 7,935,481 | 267,360 | 7,668,121 |

FINAL: 12/23/1999 12:36 PM

finance\Mcaid99\\Caid0699

COMMUNITY HEALTH CENTER, INC
MEDICAID COST REPORT

RATE CALCULATION FOR FYE 06/30/99

| | I<br>SALARIES<br>& WAGES | II<br>NON-<br>SALARY | III<br>TOTAL<br>(I + II) | IV<br>RECLASS<br>(A) | V<br>RECLASSED<br>(III + IV) | FORM A<br>VI<br>DISALLOW<br>COST OFFSET | VII<br>NET EXPENSE<br>(V - VI) |
|---|---|---|---|---|---|---|---|
| DIRECT DENTAL CARE COSTS | | | | | | | |
| STAFF COSTS | | | | | | | |
| A. DENTIST | 482,150 | 86,131 | 568,281 | | 568,281 | 0 | 568,281 |
| B. DENTAL HYGIENIST | 173,687 | 31,027 | 204,714 | | 204,714 | | 204,714 |
| D. OTHER-ATTACHMENT B | 428,394 | 172,955 | 601,349 | | 601,349 | | 601,349 |
| E. SUBTOTAL - A THRU D | 1,084,231 | 290,113 | 1,374,344 | 0 | 1,374,344 | 0 | 1,374,344 |
| OTHER COST | | | | | | | |
| A. DENTAL SUPPLIES | | 174,497 | 174,497 | | 174,497 | | 174,497 |
| B. TRANSPORTATION | | 4,296 | 4,296 | | 4,296 | | 4,296 |
| C. DEPRECIATION | | 66,454 | 66,454 | | 66,454 | | 66,454 |
| -DENTAL EQUIPMENT | | 0 | 0 | | 0 | | 0 |
| D. PROFESSIONAL LIABILITY INSURANCE | | 13,829 | 13,829 | | 13,829 | | 13,829 |
| | | 0 | 0 | | 0 | | 0 |
| E. OTHER-ATTACHMENT B1 | | 551,158 | 551,158 | | 551,158 | 65,227 | 485,931 |
| F. SUBTOTAL (A THRU E) | 0 | 810,234 | 810,234 | 0 | 810,234 | 65,227 | 745,007 |
| TOTAL | 1,084,231 | 1,100,347 | 2,184,578 | 0 | 2,184,578 | 65,227 | 2,119,351 |

FINAL-12/23/1999  12:36 PM

finance\Mcaid99\\Caid0699

**COMMUNITY HEALTH CENTER, INC**
**MEDICAID COST REPORT**

RATE CALCULATION FOR FYE 06/30/99

| | I<br>SALARIES<br>& WAGES | II<br>NON-<br>SALARY | III<br>TOTAL<br>(I + II) | IV<br>RECLASS<br>(A) | V<br>RECLASSED<br>(III + IV) | FORM A<br>VI<br>DISALLOW<br>COST OFFSET | VII<br>NET EXPENSE<br>(V - VI) |
|---|---|---|---|---|---|---|---|
| **DIRECT MENTAL HEALTH COSTS** | | | | | | | |
| STAFF COSTS | | | | | | | |
| A. PSYCHOLOGIST | 190,512 | 40,179 | 230,691 | | 230,691 | | 230,691 |
| B. CLINICIAN | 103,850 | 21,901 | 125,751 | | 125,751 | | 125,751 |
| D. OTHER-ATTACHMENT C | 99,364 | 300,795 | 400,159 | 119,991 | 520,150 | 0 | 520,150 |
| E. SUBTOTAL - NON PHYS | 393,726 | 362,875 | 756,601 | 119,991 | 876,592 | 0 | 876,592 |
| OTHER COST | | | | | | | |
| B. TRANSPORTATION | | 6,525 | 6,525 | | 6,525 | | 6,525 |
| C. DEPRECIATION ON EQUIP | | 6,599 | 6,599 | | 6,599 | | 6,599 |
| D. PROFESSIONAL LIABILITY | | 774 | 774 | | 774 | | 774 |
| INSURANCE | | | 0 | | 0 | | 0 |
| E. OTHER-ATTACHMENT C1 | | 235,243 | 235,243 | 0 | 235,243 | 107,139 | 128,104 |
| F. SUBTOTAL (A THRU E) | 0 | 249,141 | 249,141 | 0 | 249,141 | 107,139 | 142,002 |
| TOTAL | 393,726 | 612,016 | 1,005,742 | 119,991 | 1,125,733 | 107,139 | 1,018,594 |

DIRECT COST BEFORE OTHER SERVICES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (A3+B3+C3) | 6,587,837 | 4,503,370 | 11,091,207 | 154,585 | 11,245,792 | 439,726 | 10,806,066 |

COMMUNITY HEALTH CENTER, INC
MEDICAID COST REPORT

RATE CALCULATION FOR FYE 06/30/99

|  | I SALARIES & WAGES | II NON-SALARY | III TOTAL (I + II) | IV RECLASS (A) | V RECLASSED (III + IV) | FORM A VI DISALLOW COST OFFSET | VII NET EXPENSE (V - VI) |
|---|---|---|---|---|---|---|---|
| **E. DIRECT OTHER SERVICE COST** | | | | | | | |
| A. CLINICAL DIAG LAB |  |  | 0 |  | 0 |  | 0 |
| B. BATTERED WOMEN | 204,838 | 132,696 | 337,534 |  | 337,534 | 144 | 337,390 |
| C. HOME BASE SERVICES | 249,652 | 151,108 | 400,760 | (154,585) | 246,175 | 5,769 | 240,406 |
| D. RENTAL EXPENSE |  | 108,276 | 108,276 |  | 108,276 |  | 108,276 |
| | 454,490 | 392,080 | 846,570 | (154,585) | 691,985 | 5,913 | 686,072 |
| F. TOTAL DIRECT COST (D + E1H) | 7,042,327 | 4,895,450 | 11,937,777 | 0 | 11,937,777 | 445,639 | 11,492,138 |
| **G. OVERHEAD-FACILITY COST** | | | | | | | |
| 1. RENT |  | 22,940 | 22,940 |  | 22,940 |  | 22,940 |
| 2. INSURANCE |  | 56,658 | 56,658 |  | 56,658 |  | 56,658 |
| 3. INTEREST |  | 71,356 | 71,356 |  | 71,356 |  | 71,356 |
| 4. UTILITIES |  | 20,374 | 20,374 |  | 20,374 |  | 20,374 |
| 5. DEPREC-BUILDING |  | 116,271 | 116,271 |  | 116,271 |  | 116,271 |
| 6. DEPREC-EQUIPMENT |  |  | 0 |  | 0 |  | 0 |
| 7. MAINTENANCE |  | 15,620 | 15,620 |  | 15,620 |  | 15,620 |
| 8. WATER/TAXES/SEWER |  | 15,232 | 15,232 |  | 15,232 |  | 15,232 |
| 9. SUBTOTAL-FACILITY COST | 0 | 318,451 | 318,451 | 0 | 318,451 | 0 | 318,451 |

|  | I SALARIES & WAGES | II NON-SALARY | III TOTAL (I + II) | IV RECLASS (A) | V RECLASSED (III + IV) | VI DISALLOW COST OFFSET | VII NET EXPENSE (V - VI) |
|---|---|---|---|---|---|---|---|
| **H. OVERHEAD-ADMIN COST** | | | | | | | |
| 1. OFFICE SALARIES | 1,097,214 | 229,741 | 1,326,955 |  | 1,326,955 |  | 1,326,955 |
| 2. DEPREC-OFFICE EQUIP |  |  | 0 |  | 0 |  | 0 |
| 3. OFFICE SUPPLIES |  | 36,298 | 36,298 |  | 36,298 |  | 36,298 |
| 4. LEGAL |  | 55,772 | 55,772 |  | 55,772 | 14,702 | 41,070 |
| 5. ACCOUNTING |  | 59,478 | 59,478 |  | 59,478 |  | 59,478 |
| 6. INSURANCE |  |  | 0 |  | 0 |  | 0 |
| 7. TELEPHONE |  | 54,036 | 54,036 |  | 54,036 |  | 54,036 |
| 8. FRINGE BENEFITS |  |  | 0 |  | 0 |  | 0 |
| 8a. PAYROLL SERVICE |  | 2,581 | 2,581 |  | 2,581 |  | 2,581 |
| 9. INTEREST ON WORKING CAPITAL LOANS |  |  | 0 |  | 0 |  | 0 |
| 10. OTHER |  | 36,070 | 36,070 |  | 36,070 |  | 36,070 |
| 11. SUBTOTAL-ADMIN COSTS | 1,097,214 | 495,606 | 495,606 |  | 495,606 | 212,594 | 283,012 |
|  | 1,097,214 | 969,582 | 2,066,796 | 0 | 2,066,796 | 227,296 | 1,839,500 |
| I. TOTAL OVERHEAD COSTS (G9 + H11) | 1,097,214 | 1,288,033 | 2,385,247 | 0 | 2,385,247 | 227,296 | 2,157,951 |
| J. GRAND TOTAL COST (F + I) | 8,139,541 | 6,183,483 | 14,323,024 | 0 | 14,323,024 | 672,935 | 13,650,089 |

FINAL-12/23/1999 12:36 PM

finance\Mcaid99\lCaid0699

COMMUNITY HEALTH CENTER, INC
MEDICAID COST REPORT

RATE CALCULATION FOR FYE 06/30/99

FORM B

| | I<br>NO. OF<br>FTE (A) | II<br>TOTAL<br>BILLABLE<br>VISITS | III<br>PRODUCT.<br>STANDARD | IV<br>MINIMUM<br>VISITS<br>(I X III) | V<br>GREATER OF<br>II OR IV |
|---|---|---|---|---|---|
| I SERVICES EXCLUDING DENTAL, MENTAL HEALTH AND OTHER | | | | | |
| A. PHYSICIAN | 17.67 | 70,371 | 4,200 | 74,214 | 74,214 |
| B. PHYSICIAN ASSISTANT | | | 2,100 | 0 | 0 |
| C. NURSE PRACTITIONER | 4.70 | 14,192 | 2,100 | 9,870 | 14,192 |
| D. PHYSICIAN UNDER CONTRACT | | 1,742 | | | 1,742 |
| E. OTHER | | 7,867 | | | 7,867 |
| F. SUBTOTAL (A THRU E) | 22.37 | 94,172 | 8,400 | 84,084 | 98,015 |
| II DENTAL | | | | | |
| A. DENTIST | 6.44 | 23,311 | 2,300 | 14,812 | 23,311 |
| B. DENTAL HYGENIST | 3.13 | 5,090 | 1,400 | 4,382 | 5,090 |
| C. OTHER | | | | | |
| D. SUBTOTAL (A THRU C) | 9.57 | 28,401 | 3,700 | 19,194 | 28,401 |
| III MENTAL HEALTH | 7.37 | 10,111 | XXXXXX | | 10,111 |
| IV OTHER SERVICES | | | | | |
| V. TOTAL ALL VISITS | 39.31 | 132,684 | 12,100 | 103,278 | 136,527 |

COMMUNITY HEALTH CENTER, INC
MEDICAID COST REPORT

FORM C

**RATE CALCULATION FOR FYE 06/30/99**
**COST ADJUSTMENT AND ALLOCATION**

| | | |
|---|---|---:|
| A | DIRECT COST-TITLE 19 SERV | 10,806,066 |
| B | DIRECT COST-OTHER SERVICES | 686,072 |
| C | TOTAL DIRECT COST (A + B) | 11,492,138 |
| D | PORTION OF TITLE 19 SERVICES (A/C) | 0.9403 |
| E | TOTAL OVERHEAD COSTS | 2,157,951 |
| F | OVERHEAD COSTS APPLICABLE TO TITLE 19 SERVICES (D X E) | 2,029,123 |
| G | TOTAL TITLE 19 SERV COST (A+F) | 12,835,189 |
| H | 30% OF TOTAL TITLE 19 SERV COST | 3,850,557 |
| I | COST ADJUSTMENT (H-F) | 0 |
| J | ALLOW. TITLE 19 OVERHEAD COST (F + I) | 2,029,123 |

K  DIRECT COSTS

| | | |
|---|---|---:|
| 1 | MEDICAL | 7,668,121 |
| 2 | DENTAL | 2,119,351 |
| 3 | MENTAL HEALTH | 1,018,594 |
| 4 | TOTAL (1 THRU 3) | 10,806,066 |

L  DIRECT COST AS % OF TOTAL

| | | |
|---|---|---:|
| 1 | MEDICAL (K1/K4) | 0.7096 |
| 2 | DENTAL (K2/K4) | 0.1961 |
| 3 | MENTAL HEALTH (K3/K4) | 0.0943 |

M  ALLOCATED OVERHEAD COST

| | | |
|---|---|---:|
| 1 | MEDICAL (J * L1) | 1,439,891 |
| 2 | DENTAL (J * L2) | 397,964 |
| 3 | MENTAL HEALTH (J * L3) | 191,268 |

COMMUNITY HEALTH CENTER, INC
MEDICAID COST REPORT

RATE CALCULATION FOR FYE 06/30/99
ALLOWABLE COST PER VISIT

FORM D

I   HEALTH CARE COSTS EXCLUDING DENTAL AND MENTAL HEALTH
   A DIRECT COST                    7,668,121
   B ALLOWABLE OVERHEAD             1,439,891
   C TOTAL ALLOWABLE COSTS          9,108,012
   D VISITS                            98,015
   E ALLOWABLE COST/VISIT               92.92

II  DENTAL
   A DIRECT COST                    2,119,351
   B ALLOWABLE OVERHEAD               397,964
   C TOTAL ALLOWABLE COSTS          2,517,315
   D VISITS                            28,401
   E ALLOWABLE COST/VISIT               88.63

III MENTAL HEALTH
   A DIRECT COST                    1,018,594
   B ALLOWABLE OVERHEAD               191,268
   C TOTAL ALLOWABLE COSTS          1,209,862
   D VISITS                            10,111
   E ALLOWABLE COST/VISIT              119.66

COMMUNITY HEALTH CENTER, INC
MEDICAID COST REPORT

RATE CALCULATION FOR FYE 06/30/99
REVENUES

FORM E

| DIRECT HEALTH CARE COSTS EXCLUDING DENTAL, MENTAL HEALTH AND OTHER SERVICES ——> | MEDICAL | DENTAL | MENTAL HEALTH | OTHER | TOTAL COL. I THRU IV |
|---|---|---|---|---|---|
| **A. FQHC OPERATING REVENUE** | | | | | |
| 1. MEDICAID | 4,440,645 | 1,207,600 | 562,686 | | 6,210,931 |
| 2. PRIVATE | 717,003 | 275,807 | 74,841 | | 1,067,651 |
| 3. CITY | 673,974 | 182,628 | 21,746 | | 878,348 |
| 4. MEDICARE | 849,845 | | 75,463 | | 925,308 |
| 5. OTHER - SELF | 380,933 | 388,455 | 42,462 | | 811,850 |
| 6. | | | | | |
| 7. TOTAL (1 THRU 6) | 7,062,400 | 2,054,490 | 777,198 | 0 | 9,894,088 |
| **B. FQHC OTHER REVENUE** | | | | | |
| 1. CONTRIBUTIONS | 1,454 | | | 10,767 | 12,221 |
| 2. GRANTS | 2,129,694 | 223,831 | 492,149 | 719,012 | 3,564,686 |
| 3. CONTRACTS | | | | | 0 |
| 4. | | | | | 0 |
| 5. UNITED WAY | | 39,847 | | | 39,847 |
| 6. INTEREST INCOME | | | | 121,456 | 121,456 |
| 7. RENT INCOME | | | | 164,370 | 164,370 |
| 8. OTHER INCOME | 19,315 | | | | 19,315 |
| 9. | | | | | 0 |
| 10. | | | | | 0 |
| 11. | | | | | 0 |
| 12. TOTAL (1 THRU 11) | 2,149,009 | 263,678 | 492,149 | 1,015,605 | 3,921,895 |
| C. OTHER REVENUE | 0 | 0 | 0 | 0 | 0 |
| D. TOTAL REVENUE (A7 + B12 + C) | 9,211,409 | 2,318,168 | 1,269,347 | 1,015,605 | 13,815,983 |

FINAL-12/23/1999 12:36 PM

finance\Mcaid99\ICaid0699

COMMUNITY HEALTH CENTER, INC
MEDICAID COST REPORT

RATE CALCULATION FOR FYE 06/30/99

FORM F

## FQHC GRANTS AND CONTRIBUTIONS
### EXCLUDING THE PUBLIC HEALTH SERVICES GRANTS

| | ACTUAL | PROJECTED a |
|---|---:|---:|
| A. CONTRIBUTIONS | | |
| 1. SERVICES EXCLUDING DENTAL, MENTAL HEALTH, AND OTHER | | 1,454 |
| 2. DENTAL | | |
| 3. MENTAL HEALTH | | |
| 4. OTHER | 10,767 | 15,000 |
| 5. TOTAL (1 THRU 4) | 12,221 | 15,000 |
| B. GRANTS | | |
| 1. SERVICES EXCLUDING DENTAL, MENTAL HEALTH, AND OTHER | 1,701,171 | 1,888,557 |
| 2. DENTAL | 157,574 | 120,333 |
| 3. MENTAL HEALTH | 492,149 | 396,659 |
| 4. OTHER | 719,012 | 666,475 |
| 5. TOTAL (1 THRU 4) | 3,069,906 | 3,072,024 |
| C. TOTAL (A5 + B5) | 3,082,127 | 3,087,024 |

FINAL-12/23/1999 12:36 PM

finance\Mcaid99\Caid0699

COMMUNITY HEALTH CENTER, INC
MEDICAID COST REPORT

RATE CALCULATION FOR FYE 06/30/99

FORM G

## COST DISALLOWANCE AND OFFSET

**A. COST DISALLOWANCE**

| | |
|---|---:|
| 1. ENTERTAINMENT | |
| 2. FINES AND PENALTIES | |
| 3. BAD DEBTS | 415,887 |
| 4. COSTS OF ACTIONS TO COLECT REVENUE | |
| 5. ADVERTISING EXCEPT FOR RECRUITMENT | 13,523 |
| 6. CONTINGENCY RESERVES | |
| 7. LEGAL ACCOUNTING AND PROFESSIONAL SERVICES INCURRED IN CONNECTION WITH REHEARING, ARBITRATION OR JUDICIAL PROCEEDINGS PERTAINING TO THE REIMBURSEMENT APPROVED BY THE COMMISSIONER. | 14,702 |
| 8. FUND RAISING | |
| 9. AMORTIZATION OF GOODWILL | |
| 10. DIRECTORS FEES | |
| 11. CONTRIBUTIONS | |
| 12. MEMBERSHIP DUES FOR PUBLIC RELATIONS | |
| 13. COST NOT RELATED TO PATIENT CARE | |
| 14. MISCELLANEOUS EXPENSE | 228,823 |
| 15. | |
| 16. TOTAL ( 1 THRU 15 ) | 672,935 |

**B. COST OFFSETS ( EXPENSE RECOVERY )**

| | |
|---|---:|
| 1. REFUNDS | |
| 2. RENT INCOME | 164,370 |
| 3. INKIND EXPENSES | |
| 4. | |
| 5. | |
| 6. TOTAL ( 1 THRU 5 ) | 164,370 |

**C. TOTAL COST DISALLOWANCE AND OFFSET ( A16 + B6 )**   837,305

FINAL - 12/23/1999  12:36 PM

finance\Mcaid99\Caid0699

COMMUNITY HEALTH CENTER, INC
MEDICAID COST REPORT

RATE CALCULATION FOR FYE 06/30/99

STATE OF CONNECTICUT

CERTIFICATION

I HAVE READ AND/OR PREPARED THIS ANNUAL REPORT AND HEREBY CERTIFY THAT THE INFORMATION PROVIDED IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER THE PENALTY OF PERJURY.

SIGNATURE: _Anthony Mastroianni_

NAME: Anthony Mastroianni

TITLE: Chief Financial Officer

DATE: 12/21/99

**COMMUNITY HEALTH CENTER, INC**
**MEDICAID COST REPORT**

**RATE CALCULATION FOR FYE 06/30/99**
**ATTACHMENT A**

| | I<br>SALARIES<br>& WAGES | II<br>NON-<br>SALARY | III<br>TOTAL<br>(I + II) | IV<br>RECLASS<br>(A) | V<br>RECLASSED<br>(III + IV) | VI<br>DISALLOW<br>COST OFFSET | VII<br>NET EXPENSE<br>(V - VI) |
|---|---|---|---|---|---|---|---|
| **OTHER MEDICAL STAFF COSTS** | | | | | | | |
| NUTRITIONIST | 17,355 | 3,423 | 20,778 | | 20,778 | | 20,778 |
| CHILDBIRTH EDUCATOR | 4,352 | 889 | 5,241 | | 5,241 | | 5,241 |
| BREASTFEEDING COORDINATOR | 33,822 | 6,910 | 40,732 | | 40,732 | | 40,732 |
| MEDICAL ASSISTANTS | 425,614 | 83,920 | 509,534 | (12,624) | 496,910 | | 496,910 |
| MEDICAL OFFICE MANAGEMENT | 214,859 | 42,375 | 257,234 | | 257,234 | | 257,234 |
| NURSES (RNs/LPNs) | 601,675 | 118,664 | 720,339 | | 720,339 | | 720,339 |
| MEDICAL RECEPTIONISTS | 566,698 | 111,704 | 678,402 | | 678,402 | | 678,402 |
| MEDICAL ADMINISTRATIVE | 227,566 | 44,766 | 272,332 | (27,639) | 244,693 | | 244,693 |
| MEDICAL CONTRACTUAL LABOR | | 132,864 | 132,864 | | 132,864 | | 132,864 |
| HOME BASED-MEDICAL ALLOC | | 0 | 0 | 169,080 | 169,080 | | 169,080 |
| PRENATAL CASE MANGER | 31,036 | 6,121 | 37,157 | | 37,157 | | 37,157 |
| MATERNAL INFANT COORDINATO | 33,184 | 6,780 | 39,964 | | 39,964 | | 39,964 |
| BCCEDP CASE MANAGER | 20,814 | 4,105 | 24,919 | | 24,919 | | 24,919 |
| ELIGIBILITY/SOCIAL WORKER | 130,015 | 25,641 | 155,656 | | 155,656 | | 155,656 |
| AIDS OUTREACH HIV WORKERS | 150,452 | 28,258 | 178,710 | | 178,710 | | 178,710 |
| OUTREACH WORKER | 61,190 | 12,165 | 73,355 | (24,527) | 48,828 | | 48,828 |
| LCSW-SBC | 58,272 | 11,424 | 69,696 | (69,696) | 0 | | 0 |
| | 2,576,904 | 640,009 | 3,216,913 | 34,594 | 3,251,507 | 0 | 3,251,507 |

**ATTACHMENT A1**
**OTHER MEDICAL COSTS**

| | I<br>SALARIES<br>& WAGES | II<br>NON-<br>SALARY | III<br>TOTAL<br>(I + II) | IV<br>RECLASS<br>(A) | V<br>RECLASSED<br>(III + IV) | VI<br>DISALLOW<br>COST OFFSET | VII<br>NET EXPENSE<br>(V - VI) |
|---|---|---|---|---|---|---|---|
| RENT | | 89,284 | 89,284 | | 89,284 | | 89,284 |
| INSURANCE-GENERAL | | 4,466 | 4,466 | | 4,466 | | 4,466 |
| UTILITIES/OIL | | 90,600 | 90,600 | | 90,600 | | 90,600 |
| LAB FEES | | 25,526 | 25,526 | | 25,526 | | 25,526 |
| REPAIRS & MAINTANENCE | | 170,059 | 170,059 | | 170,059 | | 170,059 |
| OFFICE SUPPLIES | | 55,996 | 55,996 | | 55,996 | | 55,996 |
| PAYROLL SERVICE | | 9,643 | 9,643 | | 9,643 | | 9,643 |
| EQUIPMENT | | 4,197 | 4,197 | | 4,197 | | 4,197 |
| PATIENT LITERATURE | | 3,949 | 3,949 | | 3,949 | | 3,949 |
| BAD DEBT | | 248,071 | 248,071 | | 248,071 | 248,071 | 0 |
| FURNITURE | | 1,583 | 1,583 | | 1,583 | | 1,583 |
| POSTAGE-PATIENT RELATED | | 26,001 | 26,001 | | 26,001 | | 26,001 |
| PRINTING | | 25,392 | 25,392 | | 25,392 | | 25,392 |
| TELEPHONE | | 112,694 | 112,694 | | 112,694 | | 112,694 |
| ADVERTISING\RECRUITMENT | | 105,897 | 105,897 | | 105,897 | 9,642 | 96,255 |
| STUDENT LOAN | | 49,885 | 49,885 | | 49,885 | | 49,885 |
| MEMBERSHIP\LICENSES\DUES | | 13,540 | 13,540 | | 13,540 | | 13,540 |
| CONTINUING ED | | 29,435 | 29,435 | | 29,435 | | 29,435 |
| COMPUTER SUPPORT COSTS | | 9,037 | 9,037 | | 9,037 | | 9,037 |
| MISCELLANEOUS | | 38,064 | 38,064 | | 38,064 | 9,647 | 28,417 |
| | 0 | 1,113,319 | 1,113,319 | 0 | 1,113,319 | 267,360 | 845,959 |

COMMUNITY HEALTH CENTER, INC
MEDICAID COST REPORT

RATE CALCULATION FOR FYE 06/30/99
ATTACHMENT B

| | I<br>SALARIES<br>& WAGES | II<br>NON-<br>SALARY | III<br>TOTAL<br>(I + II) | IV<br>RECLASS<br>(A) | V<br>RECLASSED<br>(III + IV) | VI<br>DISALLOW<br>COST OFFSET | VII<br>NET EXPENSE<br>(V - VI) |
|---|---|---|---|---|---|---|---|
| **OTHER DENTAL STAFF COSTS** | | | | | | | |
| DENTAL ASSISTANTS | 195,084 | 34,850 | 229,934 | | 229,934 | | 229,934 |
| DENTAL OFFICE MANAGERS | 43,400 | 7,753 | 51,153 | | 51,153 | | 51,153 |
| DENTAL RECEPTIONISTS | 147,832 | 26,088 | 173,920 | | 173,920 | | 173,920 |
| DENTAL ADMINISTRATION | 42,078 | 7,516 | 49,594 | | 49,594 | | 49,594 |
| DENTAL CONTRACTUAL LABOR | 0 | 96,748 | 96,748 | | 96,748 | | 96,748 |
| | | | 0 | | 0 | | 0 |
| | 428,394 | 172,955 | 601,349 | 0 | 601,349 | 0 | 601,349 |
| **ATTACHMENT B1** | | | | | | | |
| **OTHER DENTAL COSTS** | | | | | | | |
| RENT | | 18,941 | 18,941 | | 18,941 | | 18,941 |
| INSURANCE-GENERAL | | 467 | 467 | | 467 | | 467 |
| UTILITIES/OIL | | 20,791 | 20,791 | | 20,791 | | 20,791 |
| LAB FEES | | 215,828 | 215,828 | | 215,828 | | 215,828 |
| REPAIRS & MAINTANENCE | | 62,771 | 62,771 | | 62,771 | | 62,771 |
| OFFICE SUPPLIES | | 17,678 | 17,678 | | 17,678 | | 17,678 |
| FURNITURE | | 945 | 945 | | 945 | | 945 |
| PAYROLL SERVICE | | 2,716 | 2,716 | | 2,716 | | 2,716 |
| PATIENT LITERATURE | | 115 | 115 | | 115 | | 115 |
| BAD DEBT | | 61,018 | 61,018 | | 61,018 | 61,018 | 0 |
| POSTAGE-PATIENT RELATED | | 6,646 | 6,646 | | 6,646 | | 6,646 |
| PRINTING | | 3,644 | 3,644 | | 3,644 | | 3,644 |
| EQUIPMENT | | 1,675 | 1,675 | | 1,675 | | 1,675 |
| TELEPHONE | | 35,911 | 35,911 | | 35,911 | | 35,911 |
| ADVERTISING\RECRUITMENT | | 30,316 | 30,316 | | 30,316 | 3,693 | 26,623 |
| MEMBERSHIP\LICENSES\DUES | | 1,276 | 1,276 | | 1,276 | | 1,276 |
| CONTINUING ED | | 4,842 | 4,842 | | 4,842 | | 4,842 |
| STUDENT LOAN | | 58,750 | 58,750 | | 58,750 | | 58,750 |
| COMPUTER SUPPORT COSTS | | 3,734 | 3,734 | | 3,734 | | 3,734 |
| MISCELLANEOUS | | 3,094 | 3,094 | | 3,094 | 516 | 2,578 |
| | 0 | 551,158 | 551,158 | 0 | 551,158 | 65,227 | 485,931 |

COMMUNITY HEALTH CENTER, INC
MEDICAID COST REPORT

RATE CALCULATION FOR FYE 06/30/99
ATTACHMENT C

| | I<br>SALARIES<br>& WAGES | II<br>NON-<br>SALARY | III<br>TOTAL<br>(I + II) | IV<br>RECLASS<br>(A) | V<br>RECLASSED<br>(III + IV) | VI<br>DISALLOW<br>COST OFFSET | VII<br>NET EXPENSE<br>(V - VI) |
|---|---|---|---|---|---|---|---|
| **OTHER MENTAL HEALTH STAFF COSTS** | | | | | | | |
| M/H OFFICE MANAGER | 25,371 | 5,351 | 30,722 | 27,639 | 58,361 | | 58,361 |
| M/H RECEPTIONIST | 16,012 | 3,376 | 19,388 | 12,624 | 32,012 | | 32,012 |
| CASE MANGER/THERAPIST | 44,979 | 9,485 | 54,464 | | 54,464 | | 54,464 |
| OUTREACH WORKERS | 13,002 | 2,742 | 15,744 | 10,032 | 25,776 | | 25,776 |
| MENTAL HEALTH CONTRACTUAL | | 279,841 | 279,841 | | 279,841 | | 279,841 |
| LCSW-SBC | | | 0 | 69,696 | 69,696 | | 69,696 |
| | 99,364 | 300,795 | 400,159 | 119,991 | 520,150 | 0 | 520,150 |
| **ATTACHMENT C1** | | | | | | | |
| **OTHER MENTAL HEALTH COSTS** | | | | | | | |
| RENT | | 28,686 | 28,686 | | 28,686 | | 28,686 |
| SUBCONTRACTS | | 0 | 0 | | 0 | | 0 |
| INSURANCE-GENERAL | | 126 | 126 | | 126 | | 126 |
| UTILITIES/OIL | | 9,866 | 9,866 | | 9,866 | | 9,866 |
| LAB FEES | | 0 | 0 | | 0 | | 0 |
| EQUIPMENT | | 198 | 198 | | 198 | | 198 |
| REPAIRS & MAINTANENCE | | 20,343 | 20,343 | | 20,343 | | 20,343 |
| OFFICE SUPPLIES | | 5,232 | 5,232 | | 5,232 | | 5,232 |
| PAYROLL SERVICE | | 1,019 | 1,019 | | 1,019 | | 1,019 |
| PATIENT LITERATURE | | 301 | 301 | | 301 | | 301 |
| BAD DEBT | | 106,798 | 106,798 | | 106,798 | 106,798 | 0 |
| POSTAGE-PATIENT RELATED | | 726 | 726 | | 726 | | 726 |
| PRINTING | | 1,577 | 1,577 | | 1,577 | | 1,577 |
| FURNITURE | | 7 | 7 | | 7 | | 7 |
| TELEPHONE | | 33,170 | 33,170 | | 33,170 | | 33,170 |
| ADVERTISING/RECRUITMENT | | 9,455 | 9,455 | | 9,455 | 188 | 9,267 |
| MEMBERSHIP\LICENSES\DUES | | 5,551 | 5,551 | | 5,551 | | 5,551 |
| CONTINUING ED | | 3,018 | 3,018 | | 3,018 | | 3,018 |
| COMPUTER SUPPORT COSTS | | 3,912 | 3,912 | | 3,912 | | 3,912 |
| SPECIFIC ASSISTANCE | | 0 | 0 | | 0 | | 0 |
| MISCELLANEOUS | | 5,258 | 5,258 | | 5,258 | 153 | 5,105 |
| | 0 | 235,243 | 235,243 | 0 | 235,243 | 107,139 | 128,104 |