8



# STATE OF CONNECTICUT
### DEPARTMENT OF SOCIAL SERVICES
25 SIGOURNEY STREET • HARTFORD, CONNECTICUT 06106-5033

May 24, 1999

Community Health Center, Inc.
635 Main Street
Middletown, CT 06457

Dear Provider:

Pursuant to Section 17b-245a of the Connecticut General Statutes and Section 17-134d-70 through 78 of the Regulations of Connecticut State Agencies the following rates have been approved for your Federally Qualified Health Center sites effective April 1, 1999 through March 31, 2000.

| Service | Provider No. | Rate Per Visit |
|---|---|---|
| Medical | 4039103 | $94.63 |
| Health Track | 4039103 | 94.63* |

* The above HealthTrack visit rate applies to all HealthTrack screening procedures and codes described in subsection III.G.4. of the Clinic Medical Assistance Manual.

| | | |
|---|---|---|
| Dental | 4010971 | $80.90 |
| Mental Health/Substance Abuse | 4054441 | See Below |

| Code | Description | Rate Per Procedure |
|---|---|---|
| 90801 | Psychiatric Evaluation | $75.18 |
| 2190Y | Individual Therapy | $75.18 |
| 2200Y | Group Therapy | $75.18 |
| 2240Y | Parent Interview (Individual) | $75.18 |
| 2245Y | Parent Interview (Group) | $75.18 |
| 2800Y | Psychological Testing – Intellectual | $75.18 |
| 2810Y | - Scholastic Achievement | $75.18 |
| 2820Y | - Personality DX | $75.18 |
| 2830Y | - Organic Brain Involvement | $75.18 |
| 2840Y | - Aptitudes, Interest, Etc. | $75.18 |
| 2910Y | Family Therapy | $75.18 |

An Equal
Pri...

Post-it® Fax Note  7671  Date 9-10-02  # of pages ▶
To P. Brown  From K. Shaughnessy
Co./Dept. A.G.  Co. DSS
Phone #  Phone #
Fax # 808-5385  Fax #

May 24, 1999
Page 2

Nothing contained in this approval shall constitute an authorization for payment by the Department in excess of the charge for similar services provided to the general public.

If you have any questions do not hesitate to call Gary Richter at (860) 424-5105.

Sincerely,

Michael P. Starkowski
Deputy Commissioner

MS/grf

cc:　M. Mains
　　　Y. Sanchez
　　　L. Voghel

FEDERALLY QUALIFIED HEALTH CENTER – Community Health Center Inc.
Provider #:   Medical   4039103
              Dental    4010971
              Mental Health   4054441

Rate Computation Workpaper -- for Rate Period April 1, 1999 to March 31, 2000

| | | MEDICAL | DENTAL | MENTAL HEALTH | TOTAL |
|---|---|---|---|---|---|
| A. | Operating Revenue: (Form E, Line A7) | $6,178,723 | $2,278,154 | $840,606 | $9,297,483 |
| B. | Allowable Cost: (Form D, Lines C) | $8,041,066 | $2,393,006 | $1,077,155 | $11,511,227 |
| C. | "A - B" | ($1,862,343) | ($114,852) | ($236,549) | ($2,213,744) |
| D. | Projected Grants: excluding PHS (Form F, B) | $2,025,109 | $161,250 | $473,342 | $2,659,701 |
| | If "C" is +, or "C - grants" is + : amount Commissioner allows "Projected Grants - Allowed" | — \ $0 | — \ $0 | — \ $0 | — \ $0 |
| E | "D + C" | $162,766 | $46,398 | $236,793 | $445,957 |
| F | Cost Selection: 1. If "E" is -, then "B" | $0 | $0 | $0 | |
| | 2. If "E" is +, then "B - E" | $7,878,300 | $2,346,608 | $840,362 | |
| | 3. If Commissioner allows + amount (whole/part), then "B - unallowed '+D'" | $0 | $0 | $0 | |
| G | PHS Visits: > billable / imputed (Form B) | 87,474 | 30,477 | 11,745 | |
| H | Cost per Visit -- "F / G" | $90.06 | $77.00 | $71.55 | |
| I. | Cost Adjusted by GNP H x 1.05070 | $94.63 | $80.90 | $75.18 | |
| J. | Maximum Allowed T XIX Rate | $113.94 | $100.91 | $135.42 | |
| K. | T XIX Rate " < of I or J" | $94.63 | $80.90 | $75.18 | |





# STATE OF CONNECTICUT
### DEPARTMENT OF SOCIAL SERVICES
25 SIGOURNEY STREET • HARTFORD, CONNECTICUT 06106-5033

April 27, 2000

Community Health Center, Inc.
635 Main Street
Middletown, CT 06457

Dear Provider:

Pursuant to Section 17b-245a of the Connecticut General Statutes and Section 17-134d-70 through 78 of the Regulations of Connecticut State Agencies, as adjusted to reflect the Federal 95% cost option, the following rates have been approved for your Federally Qualified Health Center sites effective April 1, 2000 through March 31, 2001.

| Service | Provider No. | Rate Per Visit |
|---|---|---|
| Medical | 4039103 | $88.23 |
| Health Track | 4039103 | $88.23* |

\* The above HealthTrack visit rate applies to all HealthTrack screening procedures and codes described in subsection III.G.4. of the Clinic Medical Assistance Manual.

| | | |
|---|---|---|
| Dental | 4010971 | $87.16 |
| Mental Health/Substance Abuse | 4054441 | See Below |

| Code | Description | Rate Per Procedure |
|---|---|---|
| 90801 | Psychiatric Evaluation | $115.16 |
| 2190Y | Individual Therapy | $115.16 |
| 2200Y | Group Therapy | $115.16 |
| 2240Y | Parent Interview (Individual) | $115.16 |
| 2245Y | Parent Interview (Group) | $115.16 |
| 2800Y | Psychological Testing – Intellectual | $115.16 |
| 2810Y | - Scholastic Achievement | $115.16 |
| 2820Y | - Personality DX | $115.16 |
| 2830Y | - Organic Brain Involvement | $115.16 |
| 2840Y | - Aptitudes, Interest, Etc. | $115.16 |
| 2910Y | Family Therapy | $115.16 |

April 27, 2000
Page 2

Nothing contained in this approval shall constitute an authorization for payment by the Department in excess of the charge for similar services provided to the general public.

If you have any questions do not hesitate to call Gary Richter at (860) 424-5105.

Sincerely,

Michael P. Starkowski
Deputy Commissioner

MS/grf

cc:   K. Lambert
      M. Mains
      E. Opin
      L. Voghel

**FEDERALLY QUALIFIED HEALTH CENTER -- Community Health Center Inc.**

Provider #:
- Medical 4039103
- Dental 4010971
- Mental Health 4054441

Rate Computation Workpaper -- for Rate Period April 1, 2000 to March 31, 2001

|   |   | MEDICAL | DENTAL | MENTAL HEALTH | TOTAL |
|---|---|---|---|---|---|
| A. | Operating Revenue. (Form E, Line A7) | $7,062,400 | $2,054,490 | $777,198 | $9,894,088 |
| B. | Allowable Cost. (Form D, Lines C) | $9,108,012 | $2,517,315 | $1,209,862 | $12,835,189 |
| B1 | Adjusted for Federal 95% rule | $8,652,611 | $2,391,449 | $1,149,369 | $12,193,430 |
| C. | " A - B1 " | ($1,590,211) | ($336,959) | ($372,171) | ($2,299,342) |
| D. | Projected Grants, excluding PHS (Form F, B) | $1,888,557 | $120,333 | $396,659 | $2,405,549 |
|   | If " C " is +, or " C - grants" is +. amount Commissioner allows " Projected Grants - Allowed " | $0 | $0 | $0 | $0 |
| E. | " D + C " | $298,346 | ($216,626) | $24,488 | $106,207 |
| F. | Cost Selection. |   |   |   |   |
|   | 1 If " E " is - , then " B1 " | $0 | $2,391,449 | $0 |   |
|   | 2 If " E " is + , then " B1 - E " | $8,354,266 | $0 | $1,124,881 |   |
|   | 3 If Commissioner allows + amount (whole/part), then " B1 - unallowed '+D' " | $0 | $0 | $0 |   |
| G. | PHS Visits: > billable / imputed (Form B) | 98,015 | 28,401 | 10,111 |   |
| H. | Cost per Visit -- " F / G " | $85.23 | $84.20 | $111.25 |   |
| I. | Cost Adjusted by GNP H x 1.03512 | $88.23 | $87.16 | $115.16 |   |
| J. | Maximum Allowed T XIX Rate | $122.65 | $114.52 | $140.15 |   |
| K. | T XIX Rate " < of I or J " | $88.23 | $87.16 | $115.16 |   |

fqhc com health center 0001 95%.xls

10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC<br>*PLAINTIFF* | : <br> : | CIVIL ACTION NO.<br>3:02CV761 (CFD) |
| V. | : | |
| PATRICIA WILSON-COKER,<br>COMMISSIONER<br>*DEPARTMENT OF SOCIAL SERVICES*<br>*DEFENDANT* | <br><br><br>: | <br><br><br>DECEMBER 24, 2003 |

## AFFIDAVIT OF KATHLEEN SHAUGHNESSY

I, Kathleen Shaughnessy, having been sworn, deposes and says:

1. I am over eighteen years of age and believe in the obligation of an oath.

2. I am the Principal Cost Analyst in the Division of Certificate of Need and Rate Setting, State of Connecticut, Department of Social Services, and have held that position for eleven years.

3. The Department is the single state agency for purposes of administering Title XIX of the Social Security Act ("Medicaid") in the State of Connecticut.

4. One of the duties of our Division is preparing Medicaid rates for Commissioner approval for institutions that are Medicaid providers in the State of Connecticut, including federally qualified health centers ("FQHC's").

5. As part of our Division's rate-setting responsibilities, we prepare amendments to the Medicaid State plan for review by the Commissioner and submission to the Center for Medicare and Medicaid Services ("CMS", formerly the Health Care Finance

Administration or "HCFA"), and issue public notice as necessary and in accordance with federal regulatory requirements.

6. It is also our Division's responsibility to ensure that the state regulations that set forth the rate-setting methodology are consistent with the federal law requirements.

7. Prior to January 1, 2001, Community Health Center, Inc. ("CHCI") as well as all other FQHC's were paid on a cost-reimbursement basis, meaning that their rate was based upon their previous fiscal year's costs. The FQHC's were required to file cost reports with the Department annually that would cover the period July 1 to June 30 immediately preceding the filing date. Said cost report was used to determine Title XIX rates effective April 1.

8. CHCI filed cost reports with the Department for the periods July 1, 1998 through June 30, 1999, and July 1, 1999 through June 30, 2000. In those cost reports, CHCI claimed net expenses for the salary of a case manager/therapist of $54,464.00. These costs were not disallowed. Similarly, for the period July 1, 1999 through June 30, 2000, CHCI claimed net expenses for the salary of a case manager/therapist of $75,049.00. These costs were also not disallowed. These costs were incurred during the period which was the subject of an audit conducted by the Department's Office of Quality Assurance, Medical Audits. A final audit report was issued in October of 2001. The audit covered a review of paid claims for the period January 1, 1999 to December 30, 2000.

9. CHCI was informed of the rates issued to the facility by way of a rate letter from Mr. Michael Starkowski, Deputy Commissioner of the Department of Social

Services. One letter was issued on May 24, 1999, which indicated the approved rates effective April 1, 1999 through March 31, 2000. Another letter from Deputy Commissioner Starkowski, dated April 27, 2000, indicated the approved rates effective April 1, 2000 through March 31, 2001. These rate letters indicated the procedure codes CHCI could use to bill the Department for a particular service, the description of that service, and the rate they would be paid per procedure.

10. CHCI was compensated for its case management costs, because the rates established for it for 1999 and 2000 were based upon their costs from the prior fiscal years. These costs included the salaries of the case managers. Therefore, CHCI was recovering its expenses for the provision of case management, as these costs were figured into the overall rate.

11. Effective January 1, 2001, the federal law with regard to setting Medicaid rates for FQHC's was amended. The federal law requires that, for services furnished on and after January 1, 2001, during fiscal year 2001, "the State plan shall provide for payment for such services in an amount (calculated on a per visit basis) that is equal to 100 percent of the average of the costs of the center or clinic of furnishing such services during fiscal years 1999 and 2000 which are reasonable and related to the cost of furnishing such services....adjusted to take into account any increase or decrease in the scope of such services furnished by the center or clinic during fiscal year 2001." 42 U.S.C. § 1396a(bb). This is also known as the prospective payment system. CHCI is no longer required to provide cost reports to establish its rates.

Case 3:02-cv-00761-CFD   Document 41-9   Filed 12/29/2003   Page 103 of 135   P. 5/5

12. Rather, its rate is now based upon an average of its costs from fiscal years 1999 and 2000, and is adjusted for inflation. Specifically, CHCI and all other FQHC's, are paid based upon the following calculation: the Department determines the total costs of Medicaid covered services (which includes costs for case management services) furnished by the center during fiscal years 1999 and 2000. The total costs would then be divided by the total number of patient visits during the two fiscal years. Visits with case managers are part of the mental health per visit rate. CHCI was already compensated for such costs in the rates issued in 1999 and 2000.

*Kathleen Shaughnessy*
Kathleen Shaughnessy
Principal Cost Analyst
Department of Social Services

STATE OF CONNECTICUT )
                      :
COUNTY OF HARTFORD    )

Sworn and subscribed before me on this 24th day of December, 2003.

*Phyllis E. H____*
Commissioner of the Superior Court