12

# COMMUNITY HEALTH CENTER
# JOB DESCRIPTION

## I. HEADING

Title: Clinical Case Manager for Homeless Mentally Ill

Prepared By:
Louis DeStefano, Ph.D.

Reports To: Director of Community Based Services

Component/Dept.: Community Based Services

Date Revised: 04/27/00

Job Grade: 16

Employment Status: (Exempt)

## II. GENERAL RESPONSIBILITIES

Case management and outreach for the homeless mentally ill. Produces 20 billable encounters per week and collects appropriate data for DMHAS grant in accordance with requirements. Supervises Homeless Outreach Specialist.

## III. REQUIRED QUALIFICATIONS

1. BA/BS Human Services areas, or Social Work, or Psychology
2. Two years of experience working with the severe and chronically mentally ill.
3. Experience working with substance abusers and the homeless.
4. Prior case management experience preferred
5. Connecticut driver's license
6. Access to automobile for outreach responsibilities.

## IV. SIGNIFICANT JOB RESPONSIBILITIES

### Clinical

1. Performs mental health evaluations of the homeless in untraditional settings such as the soup kitchen, the shelter, or the streets.
2. On-going case management with patients who have multiple problems in mental health, medical, dental areas; as well as the need for assistance in finding appropriate and affordable housing.
3. On-going therapy with patients who accept mental health services.
4. Coordination of treatment with the psychiatrist
5. Coordination of mental health and substance abuse treatment services with local providers.

### Administrative

*[handwritten: Presented at ex--- m, ference on 10/11/01]*

*[stamp: DEFENDANT'S EXHIBIT #4  5-28-03]*

1. Supervision of the Homeless Outreach Specialist
2. Responsible for reporting of data to the DMHAS office.

## V. PRIMARY CONTACTS

| External | Frequency |
|---|---|
| 1. River Valley Services | semi-weekly |
| 2. Department of Social Services | daily |
| 3. Landlords | daily |
| 4. Eddy Home | weekly |
| 5. Shepherd Home | daily |
| 6. St. Vincent de Paul's Place (soup kitchen) | daily |
| 7. Liberty Commons | weekly |

| Internal | Frequency |
|---|---|
| 1. Mental Health Director | daily |
| 2. Medical Providers | daily |
| 3. Other mental health providers | daily |
| 4. Homeless Outreach Specialist | daily |
| 5. Home Based Services | daily |

## VI. PHYSICAL EFFORT/ENVIRONMENT

Moderate. Must travel daily throughout Middlesex County to do outreach and case management services. Long hours sitting to perform administrative duties.

## VII. WORK SCHEDULE DEMANDS

Moderate. 40 hrs. per week.

## VIII. COMMUNICATION SKILLS

Good. Needs to interface with patients, families, other agencies and medical providers.

## IV. CONFIDENTIALITY OF INFORMATION

Mental Health information is kept strictly confidential.

13

```
SAMPLE #  57  PROV. NO.  4054441                      PRG D1   ACCDT: 0    TPL 0
                                                              AGE / DOB
PERF PHYS  Douville,          REFER PHYS        DIAG 1 AND 2   29633 29689  MDD
           Case Manager                                                     B.Polar II
P A NUMBER  S0143036              PATIENT #  005445MID-       DATE PAID   001011
FROM DATE  00-08-07  TO DATE   00-09-25   AMT BILLED  $588.05  AMT PAID   $575.80
```

|       |    | PAID   |      |         | ALLOWED |       |        |         |
|-------|----|--------|------|---------|---------|-------|--------|---------|
| DOS   | PL | PROC   | UNIT | AMOUNT  | PROC    | UNITS | AMOUNT | FINDING |
| 00-08-07 | 1 | C2190Y | 1 | $115.16 X Cm | | | | 3 |
| 00-08-14 | 1 | C2190Y | 1 | $115.16 X Cm | | | | 3 |
| 00-08-11 | 1 | C2190Y | 1 | $115.16 X Cm | | | | 3 |
| 00-09-21 | 1 | C2190Y | 1 | $115.16 X Cm | | | | 3 |
| 00-09-25 | 1 | C2190Y | 1 | $115.16 X Cm | | | | 3 |
| 00-00-00 |   |        | 0 | $0.00   | | | | |
| 00-00-00 |   |        | 0 | $0.00   | | | | |
| 00-00-00 |   |        | 0 | $0.00   | | | | |

Above services are all one only
(see blue paper ...)

Performed at Home Based Services per HCFA1500

296.33 Major depressive disorder
296.89 Manic-depressive psychosis



DEFENDANT'S EXHIBIT #10
5-28-03

# HEALTH INSURANCE CLAIM FORM

| | |
|---|---|
| PICA | PICA |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | 001916630 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]
3. PATIENT'S BIRTH DATE: [redacted]  SEX: [redacted]
4. INSURED'S NAME: SAME

5. PATIENT'S ADDRESS: [redacted]
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS: SAME

CITY: [redacted]  STATE: [redacted]
8. PATIENT STATUS: Single [X]

ZIP CODE: 06457
TELEPHONE: ( )

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
  a. EMPLOYMENT? NO [X]
  b. AUTO ACCIDENT? NO [X]
  c. OTHER ACCIDENT? NO [X]
11. INSURED'S POLICY GROUP OR FECA NUMBER:

c. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICAID/EDS CORPORATION

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE  DATE: 09/28/2000
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 296.33 MDAD, RECUR EPI/SE
2. 296.89 OTHER MANIC-DEPRES

23. PRIOR AUTHORIZATION NUMBER: S0143036

| 24. | DATE(S) OF SERVICE From | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS |
|---|---|---|---|---|---|---|---|
| 1 | 08 07 2000 | 11 | C | 2190Y | 1 | 117 67 | 1 |
| 2 | 08 14 2000 | 11 | C | 2190Y | 2 | 117 67 | 1 |
| 3 | 08 11 2000 | 11 | C | 2190Y | 2 | 117 67 | 1 |
| 4 | 09 21 2000 | 11 | C | 2190Y | 2 | 117 67 | 1 |
| 5 | 09 25 2000 | 11 | C | 2190Y | 2 | 117 67 | 1 |

25. FEDERAL TAX I.D. NUMBER: 06-0897105
26. PATIENT'S ACCOUNT NO.: 005445-61799
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $588.35
29. AMOUNT PAID: $0.00
30. BALANCE DUE: $588.35

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: SUE DOUVILLE, CASE M  SIGNED 09/28/2000

32. NAME AND ADDRESS OF FACILITY:
HOME BASED SERVICES
635 MAIN ST
MIDDLETOWN CT 06457
060897105

33. PHYSICIAN'S BILLING NAME, ADDRESS, ZIP CODE & PHONE:
SUE DOUVILLE, CASE MGR
COMMUNITY HEALTH CENTER
MIDDLETOWN CT 06457
PIN# 004054441

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88  PLEASE PRINT OR TYPE
APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPU

## PROGRESS REPORT

**Date:** 7/31  **Goal:**
O.V. ▇▇▇▇▇ picked up weekly spending $ reports
good ▇▇▇▇▇▇ no etoh.
                                                                CM SMM

**Date:** 8/3  **Goal:**
N/S ▇▇ appt

**Date:** 8/7/2000  **Goal:**
O.V. ▇▇▇▇ CM discussed missed appt last Thurs.
James thought appt was ▇(no 8/4 - showed on 8/4 but
CM was on road). CM gave ▇▇▇▇▇ spending $ checks + rent
ck. James reports no etoh use last wk.   CM SMM

**Date:** 8/1/200?  **Goal:**
O.V. ▇▇▇ CM ▇ drinking 1 beer this week. CM
+ James discussed this bee issue + concerns over drinking
is/can be so uncontrolled. James feels beer will not lead
to hard liquor abuse.                         CM SMM

**Date:** 8/14/how  **Goal:**
O.V. CM gave ▇▇▇▇ weekly spending $ check
to ▇▇▇▇▇▇▇▇. Spent ▇▇▇▇▇ period.
CM + ▇ discussed his frustration over CM being 5 min
late to appt due to prior appt going over time. CM suggests
this is something James should consider working on (patience).
                                                            CM SMM

**Date:** 8/15/how  **Goal:**
O.V. ▇▇▇▇ reports no etoh use this week. His bee
habit ▇▇▇▇ll have to ▇ discussed ▇ ▇ ▇ time.
He reports ▇▇ ▇ check ▇.
                                                            CM SMM

**Date:** 8/21/2000  **Goal:**
O.V. CM + ▇▇▇▇ completed section 8 inspection papers.
James will ▇ past law SSN and bring to Sect. 8.

## PROGRESS REPORT

**Date:** 8/21 cont.    **Goal:**
reports quiet weekend — wasn't feeling well, spent most time @ home. No EtOH use. CM gave Jaime weekly spending money ck.

**Date:** 8/24/2000    **Goal:**
O.V. ▮▮▮ reports feeling better. Thinks it was stomach virus. No EtOH use this week. Missed CHC 4 appt 8/23. CM urged Jaime to reschedule as soon as possible.

**Date:** 8/28/2000    **Goal:**
O.V. ▮▮▮ picked up weekly spending $ check. Discussed members of AA. EtOH use & complimented on how much he has done. Jaime expresses pride in his achievement.

**Date:**    **Goal:**

**Date:**    **Goal:**

**Date:**    **Goal:**

**Date:**    **Goal:**

```
05/08/01         CONNECTICUT RECIPIENT PAID CLAIMS INQUIRY                    PAGE   1
15:08:44
SYSTEM ACTION HR   MESSAGE ALL CLAIMS DISPLAYED FOR THE SELECT OPTIONS
RECIP NO 001916630         NAME          SELECT OPTIONS: PROV NO 004054441 CT
FDOS 080100 TDOS 100100 PD DT          REG    JUL DT        PGM    CSC
      ICN         PROV NO  PS  FDOS   TDOS      PAID      EOB   PDTE  T   CS    P
                                                                         RA NUM
   4000230301105 004054441     080700 081400      0.00    000 082900  M   37    1
                                                                         03115513
   4000273305896 004054441     080700 092500    575.80    000 101100  M   36    1
                                                                         03137920
   4000237304186 004054441     081100 081100      0.00    000 082900  M   37    1
                                                                         03115513
   4000243301221 004054441     081700 082800    460.64    000 091200  M   36    1
                                                                         03123031
   4000252321253 004054441     090500 090500    115.16    000 091200  M   36    1
                                                                         03123031
   4000258303132 004054441     090700 091100    230.32    000 092600  M   36    1
                                                                         03130527
   4000265305432 004054441     091400 091800    230.32    000 092600  M   36    1
                                                                         03130527



               MTD CLAIMS        0       YTD CLAIMS     156
4-                 1 Sess-1    205.239.141.84                                  3/16
```

Handwritten annotations: "Sample" (next to row 2); "Services by Comm. Only" (near bottom right)

```
01/02/02              CONNECTICUT PAID PROFESSIONAL CLAIM DETAIL              PAGE    2
10:27:39
SYSTEM ACTION H2    MESSAGE USE PF4 TO SEE ADDITIONAL TRAILER INFORMATION

ICN      4000243301221

SEQ   FDOS    TDOS POS    T-PROC    UNITS DIAG    BILLED    ALLOWED     PAID
      EOB     FROM TO     PERFORM   TTH
01    082100  082100 1    C2190Y    1.0   29689   117.67    115.16      115.16
      093     000  000
02    081700  081700 1    C2190Y    1.0   29689   117.67    115.16      115.16
      093     000  000
03    082400  082400 1    C2190Y    1.0   29689   117.67    115.16      115.16
      093     000  000
04    082800  082800 1    C2190Y    1.0   29689   117.67    115.16      115.16
      093     000  000


4-©              1 Sess-1    205.239.141.84                              5/11
```

```
01/02/02          CONNECTICUT PAID PROFESSIONAL CLAIM DETAIL              PAGE   2
10:28:01
SYSTEM ACTION H2   MESSAGE USE PF4 TO SEE ADDITIONAL TRAILER INFORMATION

ICN      4000252321253

SEQ   FDOS    TDOS POS   T-PROC    UNITS DIAG   BILLED    ALLOWED    PAID
      EOB     FROM TO    PERFORM   TTH
01    090500  090500 1   C2190Y    1.0  29689   117.67    115.16     115.16
      093     000  000
```

---

4-©            1 Sess-1    205.239.141.84                              5/11

# Community Health Center

NAME: _____ DATE: 12/16/...

CHART #: 2172

## MENTAL HEALTH TREATMENT PLAN

| PROBLEMS | ASSETS | GOALS (In Behavioral Terms) | TREATMENT MODALITY | RESPONSIBLE PROVIDER | DATE TO BE ACHIEVED |
|---|---|---|---|---|---|
| 1) Client has missed several appts with psychiatrist. | 1) Compliant c̄ meds + appts c̄ case-manager | 1) Attend all scheduled appts with psychiatrist. | 1) Case Management | 1) Terese Bokard, MSW | 1) 12/00 |
| 2) Bipolar disorder, including symptoms: behavior impulsivity, racing thoughts; difficulty sleeping; depressed mood | 2) Able to discuss feelings & able to identify ways to control behavior | 2) Take meds as prescribed; control impulsivity by not hitting anyone. | 2) Pharmacology 1:1 Therapy | 2) Dr Sanchez, Terese Bokard MSW | 2) 12/00 |
| 3) [illegible] meaningful activities | [illegible] weekly c̄ George Jones at Rushford | 3) Meet with Rushford counselor as scheduled | 3) Individual Counseling 1:1 Case Mgmt | 3) George Jones, Terese Bokard, MSW | 3) 4/00 |

Date: 12/16/...   PATIENT SIGNATURE: X _____   DATE: 2-24-00

Date: 2/24/00

QUARTERLY REVIEW [signatures] Bokard MSW

QUARTERLY REVIEW   Date: _____   QUARTERLY REVIEW   Date: _____

```
01/02/02              CONNECTICUT PAID PROFESSIONAL CLAIM DETAIL          PAGE   2
10:28:17
SYSTEM ACTION H2    MESSAGE USE PF4 TO SEE ADDITIONAL TRAILER INFORMATION

ICN      4000258303132

SEQ   FDOS    TDOS POS    T-PROC   UNITS DIAG   BILLED     ALLOWED     PAID
      EOB     FROM TO     PERFORM  TTH
01    090700  090700 1    C2190Y    1.0 29689   117.67     115.16      115.16
      093     000    000
02    091100  091100 1    C2190Y    1.0 29689   117.67     115.16      115.16
      093     000    000
```

```
01/02/02           CONNECTICUT PAID PROFESSIONAL CLAIM DETAIL              PAGE   2
10:28:30
SYSTEM ACTION H2    MESSAGE USE PF4 TO SEE ADDITIONAL TRAILER INFORMATION

ICN       4000265305432

SEQ    FDOS   TDOS POS    T-PROC    UNITS DIAG   BILLED    ALLOWED     PAID
       EOB    FROM  TO    PERFORM   TTH
01   091400 091400 1   C2190Y        1.0 29689    117.67    115.16    115.16
     093    000   000
02   091800 091800 1   C2190Y        1.0 29689    117.67    115.16    115.16
     093    000   000


4-©              1 Sess-1   205.239.141.84                              5/11
```