02CV761

14

```
SAMPLE #   58  PROV. NO.   4054441      ICN # 4000336300773       PRG D1     ACCDT: 0     TPL  0
                                                                                    AGE / DOB
PERF PHYS  004054441            REFER PHYS                        DIAG 1 AND 2     29689      B.Polar II
           Sue Douville Casemanager                                                           manic depressive
P A NUMBER   S0143036                   PATIENT #  005445MID-                DATE PAID   001212
FROM DATE  00-11-28   TO DATE    00-11-28   AMT BILLED      $117.67   AMT PAID     $115.16
```

|  | |-------- PAID --------| | | |----- ALLOWED -----| | | |
| DOS | PL | PROC | UNIT | AMOUNT | PROC | UNITS | AMOUNT | FINDING |
|---|---|---|---|---|---|---|---|---|
| 00-11-28 | 1 | C2190Y individual | 1 | $115.16 ✗CM | | | ∅ | 3 |
| 00-00-00 | | | 0 | $0.00 | | | | |
| 00-00-00 | | | 0 | $0.00 | | | | |
| 00-00-00 | | | 0 | $0.00 | | | | |
| 00-00-00 | | | 0 | $0.00 | | | | |
| 00-00-00 | | | 0 | $0.00 | | | | |
| 00-00-00 | | | 0 | $0.00 | | | | |
| 00-00-00 | | | 0 | $0.00 | | | | |

CM

Performed at Home Based Services per HCFA 1500



DEFENDANT'S EXHIBIT #11  5-28-03

# PROGRESS REPORT

**Date:** 11/29/00    **Goal:** _____

Pt. Barry reports spending holiday w/ friends. Report accidentally consuming ETOH that was mixed w/ egg nog.

**Date:** 11/30/00    **Goal:** _____

Pt. Barry reports seeing friend John who is in Coast guard — will be away for Xmas — wants Barry to have wife + kids. Barry reports taking this side seriously + was able to articulate how honored he is to [be] his friend.

**Date:** _____    **Goal:** _____

**Date:** _____    **Goal:** _____

**Date:** _____    **Goal:** _____

**Date:** _____    **Goal:** _____

**Date:** _____    **Goal:** _____

# HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | ☒ (ID) | [redacted] |

2nd OLD

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]
3. PATIENT'S BIRTH DATE: [redacted]  SEX: F
4. INSURED'S NAME: SAME
5. PATIENT'S ADDRESS: [redacted]
6. PATIENT RELATIONSHIP TO INSURED: Self ☒
7. INSURED'S ADDRESS: SAME
CITY: [redacted]  STATE: [redacted]
8. PATIENT STATUS: Single ☒
ZIP CODE: 06457
TELEPHONE: ( )

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER:
  a. OTHER INSURED'S POLICY OR GROUP NUMBER:
  a. EMPLOYMENT? (CURRENT OR PREVIOUS): ☒ NO
  a. INSURED'S DATE OF BIRTH:  SEX
  b. OTHER INSURED'S DATE OF BIRTH:  SEX
  b. AUTO ACCIDENT? ☒ NO   PLACE (State):
  b. EMPLOYER'S NAME OR SCHOOL NAME:
  c. EMPLOYER'S NAME OR SCHOOL NAME:
  c. OTHER ACCIDENT? ☒ NO
  c. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICAID/EDS CORPORATION
  d. INSURANCE PLAN NAME OR PROGRAM NAME:
  10d. RESERVED FOR LOCAL USE:
  d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☒ NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE  DATE: 11/30/2000
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

1st OLD

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS:
16. DATES PATIENT UNABLE TO WORK:
17. NAME OF REFERRING PHYSICIAN:
17a. I.D. NUMBER OF REFERRING PHYSICIAN:
18. HOSPITALIZATION DATES:
19. RESERVED FOR LOCAL USE:
20. OUTSIDE LAB? ☒ NO   $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 296.89 OTHER MANIC-DEPRES
22. MEDICAID RESUBMISSION CODE:   ORIGINAL REF. NO.:
23. PRIOR AUTHORIZATION NUMBER: 50143036

| 24. A DATE(S) OF SERVICE From MM DD YY / To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 28 00 | 11 | C | 2190Y | 1 | 117 67 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER: 06-0897105  SSN/EIN: ☒
26. PATIENT'S ACCOUNT NO.: 005445-63313
27. ACCEPT ASSIGNMENT? ☒ YES
28. TOTAL CHARGE: $ 117 67
29. AMOUNT PAID: $ 0 00
30. BALANCE DUE: $ 117 67

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: SUE DOUVILLE, CASE M   11/30/2000
32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED: HOME BASED SERVICES, 635 MAIN ST, MIDDLETOWN CT 06457   060897105
33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #: SUE DOUVILLE, CASE MGR, COMMUNITY HEALTH CENTER, MIDDLETOWN CT 06457   PIN# 004054441

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE
APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

```
05/08/01           CONNECTICUT RECIPIENT PAID CLAIMS INQUIRY              PAGE   1
15:09:08
SYSTEM ACTION HR   MESSAGE ALL CLAIMS DISPLAYED FOR THE SELECT OPTIONS
RECIP NO 001916630         NAME ■■■■    SELECT OPTIONS: PROV NO 004054441 CT
FDOS 111500 TDOS 121500 PD DT          REG    JUL DT       PGM    CSC
     ICN          PROV NO  PS  FDOS    TDOS   PAID         EOB  PDTE   T   CS    P
                                                                           RA NUM
 4000335301533 004054441      112000 112000   115.16       000 121200  M   36    1
                                                                           03167368
 4000336300773 004054441      112800 112800   115.16       000 121200  M   36    1
                                                                           03167368
 4000342304132 004054441      113000 120400   230.32       000 121200  M   36    1
                                                                           03167368
 4000349302090 004054441      120700 121100   230.32       000 122700  M   36    1
                                                                           03174650
```

*no other services in time period by other providers*

```
           MTD CLAIMS       0        YTD CLAIMS     156
4-         1 Sess-1    205.239.141.84
                                                                        3/16
```

15

SAMPLE # 76  PROV. NO.  4054441   ICN # 4000243301229      PRG DX    ACCDT: 0    TPL 0

▓▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓ AGE / DOB ▓▓▓▓▓

PERF PHYS Sue Douville  REFER PHYS           DIAG 1 AND 2   29663 - BiPolar/Severe
          Case Manager
P A NUMBER  S0143031         PATIENT #  500900MID-        DATE PAID   000912
FROM DATE  00-08-11   TO DATE   00-08-28   AMT BILLED    $823.69   AMT PAID   $806.12

| DOS | PL | PROC | UNIT | PAID AMOUNT | ALLOWED PROC | UNITS | AMOUNT | FINDING |
|---|---|---|---|---|---|---|---|---|
| 00-08-22 | 1 | C2190Y Individual | 1 | $115.16 XCm | | | | 3 |
| 00-08-11 | 1 | C2190Y | 1 | $115.16 XCm | | | | 3 |
| 00-08-15 | 1 | C2190Y | 1 | $115.16 XCm | | | | 3 |
| 00-08-17 | 1 | C2190Y | 1 | $115.16 XCm | | | | 3 |
| 00-08-18 | 1 | C2190Y | 1 | $115.16 XCm | | | | 3 |
| 00-08-25 | 1 | C2190Y | 1 | $115.16 XCm | | | | 3 |
| 00-08-28 | 1 | C2190Y | 1 | $115.16 XCm | | | | 3 |
| 00-00-00 | | | 0 | $0.00 | | | | |

All above PM Notes

Performed at Home Based Services per HCFA 1500



# HEALTH INSURANCE CLAIM FORM

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1): [redacted]

1. MEDICARE / MEDICAID / CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] (ID)

2. PATIENT'S NAME: [redacted]

3. PATIENT'S BIRTH DATE: [redacted]  SEX: F [X]

4. INSURED'S NAME: SAME

5. PATIENT'S ADDRESS: [redacted]
CITY: [redacted]  STATE: [redacted]
ZIP CODE: 06457
TELEPHONE: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X]

7. INSURED'S ADDRESS: SAME

8. PATIENT STATUS: Other [X]

9. OTHER INSURED'S NAME: SAME
a. OTHER INSURED'S POLICY OR GROUP NUMBER: 572694903A

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? NO [X]
b. AUTO ACCIDENT? NO [X]
c. OTHER ACCIDENT? NO [X]

11. INSURED'S POLICY GROUP OR FECA NUMBER:

c. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICAID/EDS CORPORATION

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X]

d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE

12. PATIENT'S SIGNATURE: SIGNATURE ON FILE  DATE: 08/30/2000

13. INSURED'S SIGNATURE: SIGNATURE ON FILE

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 296.63 BIPOLAR AFF DIS/MI

23. PRIOR AUTHORIZATION NUMBER: S0143031

| # | DATE(S) OF SERVICE From | Place of Service | Type of Service | CPT/HCPCS | MODIFIER | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS |
|---|---|---|---|---|---|---|---|---|
| 1 | 08 22 00 | 11 | C | 2190Y | | 1 | 117 67 | 1 |
| 2 | 08 11 00 | 11 | C | 2190Y | | 1 | 117 67 | 1 |
| 3 | 08 15 00 | 11 | C | 2190Y | | 1 | 117 67 | 1 |
| 4 | 08 17 00 | 11 | C | 2190Y | | 1 | 117 67 | 1 |
| 5 | 08 18 00 | 11 | C | 2190Y | | 1 | 117 67 | 1 |
| 6 | 08 25 00 | 11 | C | 2190Y | | 1 | 117 67 | 1 |

25. FEDERAL TAX I.D. NUMBER: 06-0897105
26. PATIENT'S ACCOUNT NO.: 500900-61183
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $706.02
29. AMOUNT PAID: $0.00
30. BALANCE DUE: $706.02

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
SUE DOUVILLE, CASE M
08/30/2000

32. NAME AND ADDRESS OF FACILITY:
HOME BASED SERVICES
635 MAIN ST
MIDDLETOWN CT 06457
060897105

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS:
SUE DOUVILLE, CASE MGR
COMMUNITY HEALTH CENTER
MIDDLETOWN CT 06457
PIN# 004054441

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

NAME: [redacted]    DOB: [redacted]

| DATE | PROGRESS NOTES |
|---|---|
| 8/3/00 (cont) | [illegible] again in one week. [signature] Jane B[illegible] |
| 8/9/00 | MD Progress Note: Pt c̄ ↓ rapid cycling, irritability on new [medication]. Will continue current meds. RTC 4-6 wks. [signature] S.[illegible] M[illegible] MD |
| 8/16/00 | Psych note: Pt focus on some angry feelings coming to the surface recently - esp. toward her father who she feels never reaches out to her when she needs him. Pt doing feelings journal for Rushford group. Pt aware she is a pleaser and goes out of her way to help people who don't appreciate her. Suggested pt write letter to her father but don't send it, expressing anger/hurt. Pt appears stable at this time. [signature] Jane B[illegible] |
| 8/23/00 | Psych note: Pt euthymic. She has met a man and "fallen in love" this past week. She states that her caseworker thinks she is not using good judgment to become too involved too quickly, but that "he is too good to pass on." Pt realizes sobriety could be compromised. He is 6 mos. in recovery. She is deciding between two probable job offers and is inclined to take the less stressful job. Going to 12-step meetings and remaining sober/clean. Next session 1wk. [signature] Jane B[illegible] |
| 8/25/00 | Pt called - out of Trazadone. Called Dr. M[illegible] & he will call in. [signature] Jane B[illegible] |
| 8/30/00 | Psych note. Pt slightly euthymic. Decided against job in MD's office. Waiting to hear on job at [illegible] salon. She + new bf. allowing each other space - respectful of each other. Some focus on pt's previous sexual abuse - rape as a young girl and later in her 20's after being drugged. Pt's response to sexual intimacy colored by past traumas. Some focus on pt's father - her always wanting him to show her affection and his inability to do so. Next ses. 1w. [signature] Jane B[illegible] |

NAME: ███    DOB: ___

| DATE | PROGRESS NOTES |
|---|---|
| 7/14/00 | Gave OTR to LN JmB |
| 7/14/00 | Ordered TFTs, Lytes CBC c diff LFTs → will review TFTs in this rapid cycling bipolar pt. — S.V.M[illegible] MD Madowick $604 |
| 7/21/00 | Pt. called to say she wasn't able to make 8:30 apt today. Rescheduled. Jane Bonvier, LCSW |
| 7/21/00 | Phone call from pt re: wanting Ambien prescription. Told her it had not been prescribed here. She said she had discussed this w/ Dr Madowick and he had said if trazadone didn't work he would prescribe. She asked if I would leave him a note for next Wednesday, which I did. Jane Bonvier |
| 8/2/00 | Pt can't get ride to scheduled apt - Ride fell thru. Rescheduled for 8/3. JmB |
| 8/3/00 | Contacted Primary Care Physician, Dr Yates CHC. Jane Bonvier |
| 8/3/00 | Psych note: Pt states she called police on male who was living w/ her and asked him to leave. He was using drugs, had her car. Pt. reluctant to call police (told policeman: "I never called police before — you are the enemy"). Police handled the situation well — told her they would not arrest him, just ask him to give her car back, unless he did something he shouldn't do, in which case his arrest would be on him. Pt. was able not to feel guilty about turning him in w/ the promise from police. Pt. signed tx plan and we spoke about pt's denial of her chronic illness evidenced by her lifestyle. She is trying to take care of herself — farming has helped her depression and self image. She is also looking for pt work - in farming school or organizing tool/machine shops. Sue Donville, Case mgr, is helping pt. Pt will be |

# Community Health Center

## MENTAL HEALTH TREATMENT PLAN

NAME: _____  CHART #: 227?  DATE: 8/3/___

| PROBLEMS | ASSETS | GOALS (In Behavioral Terms) | TREATMENT MODALITY | RESPONSIBLE PROVIDER | DATE TO BE ACHIEVED | DATE ACHIEVED |
|---|---|---|---|---|---|---|
| 1) Pt suffers from a mood disorder. | Pt. responds to medication. | To maintain mood stability. | | | | |
| 2) Pt has a history of substance abuse. | Pt wants to maintain sobriety. | To remain clean/ sober. | | | | |
| 3) Pt has chronic medical problems & is in denial. | Pt is willing to comply w/ medical regime. | To assist in making necessary changes to lifestyle to enhance optimum health. | | | | |
| 4) Pt has recently decided to relinquish custody of her children to her mother. | Pt loves her children and wishes to maintain close contact. | Support pt through transition. | | | | |
| 5) Pt would like to reduce chaos in her life. | | | | | | |

Date: 8/3/00

QUARTERLY REVIEW
[signatures]

PATIENT SIGNATURE: _____ Date: 2/15/01

QUARTERLY REVIEW
[signatures]
Date: _____  DATE: _____

QUARTERLY REVIEW

QUARTERLY REVIEW

| PRESENTING PROBLEMS & NEEDS | WHAT THE CLIENT WILL DO | WHAT THE CM WILL DO | TARGET DATE | REVIEW DATE |
|---|---|---|---|---|
| Legal — Probation x 1 yr. Px (recent arrests in CA, 1 in CT) | - compliant w/ Probation requirements<br>- abide by law to prevent further legal trouble. | - work w/ P.O. to monitor progress | 7/1/2001 | |
| Transportation — has own car | | | | |
| Educational — n/a | | | | |
| Vocational — wants pt employment | - apply for 1 job pick wk x 3 mos.<br>- Make sure pt job employment is okay<br>- make sure Neurologist<br>- work no more than 20° wk. (Shelly does not want eventual custody) | - coordinate w/ Drs to make sure employment is okay.<br>- monitor progress | 10/1/2000 | |
| Family & Social Support — Close relationship w/ mother. In same town. Two children of mother/live-in Bf w/ Shelly. | - develop relationship w/ mother + children in order to re-establish supportive relationship<br>- remain compliant w/ court ordered restrictions + those of mother. | - provide support for Shelly. | 7/1/2001 | |

CI Signature: _____  Date: 7/24/2000
CM Signature: _____  Date: 7/29/2000
Supervisor: _____  Date: 7/24/00

**Community Health Center**

## COMMUNITY BASED SERVICES SERVICE AGREEMENT

Client Name: __Shelly Shaffer__    from 6/28/2000.

Date: 7/24/2000

| PRESENTING PROBLEMS & NEEDS | WHAT THE CLIENT WILL DO | WHAT THE CM WILL DO | TARGET DATE | REVIEW DATE |
|---|---|---|---|---|
| ~~Homeless~~ Housing *obtained housing 7/1* | – maintain housing for duration of lease (1 yr.)<br>– Pay rent no later than 10th of each month. | – monitor | 7/1/2001 | |
| has SSD/SSI Seeking Pt Income & Financial *employment* | – Utilize computerized budget<br>– Maintain budget in order to maintain housing + monthly responsibilities.<br>– apply for full res wk × 3 months. | – monitor<br>– assist w/ budget adjustments as needed | 7/1/2001<br><br>10/1/2000 | |
| Bipolar - rapid cycle Mental Health *CHC MH.* | – remain compliant w/ MH appts. × 6 months.<br>– Cancel if unable to show<br>– remain Compliant w/ Rx | – assist w/ Appt compliancy.<br>– Keep in touch w/ CHC MH for update on compliancy. | 2/1/2001 | |
| Methamphetamine Adx Alcohol, Tobacco, & Other Drug Use | – remain clean + sober<br>– attend 2 Rushford groups wkly<br>– Attend @ least 2 NA meetings a week.<br>– Increase meetings to 4× wk in 3 months. | – monitor progress. | 10/1/2001 | |
| Myasenia Gravis - needs neurologist Medical & Dental (including current meds & allergies) | – will make appt w/ neurologist in Middletown w/in 1 month | | 8/24/2000 | |

HV [redacted] hasn't been attending Rushford groups 2x week. Reports attempting to contact "Lou" @ Rushford but he has not returned calls. CM discussed importance of Rushford commitment. CM [signature]

**Date:** 8/2    **Goal:**
Phone contact. Chief BF "stole car, left last night for meeting — hasn't returned. CM [illegible] contacting police. [signature]

**Date:** 8/3    **Goal:**
HV [redacted] reports BF returned car but had relapsed. Shelly asked BF to move out due to risk to her clean time. CM transported Shelly to Shepherd Home. [signature]

**Date:** 8/4/2000    **Goal:**
HV [redacted] followed up on Rushford. Awaiting call from Rushford to [illegible] of her groups [redacted] demonstrate good insight into situation — BF will not allow him to return. Wants to focus on her recovery. [signature]

**Date:** 8/8/2000    **Goal:**
[illegible] phone [illegible] calls CM to explain she was stuck in traffic, reports Thursday will see CM in office 8/9 am. [signature]

**Date:** 8/9/2000    **Goal:**
Met w/ Shelly @ CHC MH [redacted] reports having difficulties w/ repurchase of car. Will be returning the car to bank due to non payment of loan. [signature]

**Date:** 8/11/2000    **Goal:**
HV [redacted] reports troubles w/ re-purchasing car. CM discussed w/ her food pantry for assistance this [illegible]

## PROGRESS REPORT

**Date:** 8/11 cont.  **Goal:**

Min R▓▓▓▓ needs a new 12 step meeting. Trying to help. Shenever will get new sponsor due to conflict of interest (is old boyfriend). Optimistic and willing to work through obstacle. Setting up Husband group. Meets once a week. CM SM

**Date:** 8/15 hv  **Goal:**

HV ▓▓▓▓ states her involvement w/ friend over car accident. Shelly de▓▓▓▓ Shelly. Generosity — but CM counsels because loaning car to friend all the discussed liability issues, concerns. CM SM

**Date:** 8/17 hv  **Goal:**

▓▓▓▓ CM contacted ▓▓▓▓ re Bridge Subsidy. Gave reference to her to use. HA. M w/ Yvette Harris CM + Shelly. Went over the papers to get together. Those DSS to apply for income supplements. Bridge Subsidy application will go. CM SM

**Date:** 8/18/2000  **Goal:**

HV ▓▓▓▓ CM contacted Yvette Harris re Bridge Subsidy. CM/Shelly plan to meet 8/28 1pm. Sh will apply for public housing. CM SM

**Date:** 8/22 hv  **Goal:**

HV ▓▓▓▓ awaited transitional housing. Sh reports continue to attendance of Parent income dream. Has new apartment. CM SM

**Date:** 8/25/2000  **Goal:**

HV ▓▓▓▓ reports having DR evaluation planned for this afternoon but we did to Monday. Shelly not sure she wants meds. CM SM

**Date:** 8/28 hv  **Goal:**

CM transported ▓▓▓▓ to Center St for Bridge Subsidy application. CM SM

```
05/08/01           CONNECTICUT RECIPIENT PAID CLAIMS INQUIRY              PAGE   1
15:18:07
SYSTEM ACTION HR   MESSAGE ALL CLAIMS DISPLAYED FOR THE SELECT OPTIONS
RECIP NO 002611973        NAME  ████     SELECT OPTIONS: PROV NO 004054441  CT
FDOS 080100 TDOS 090100 PD DT      REG      JUL DT      PGM     CSC
      ICN        PROV NO  PS  FDOS    TDOS     PAID       EOB    PDTE    T    CS    P
                                                                              RA NUM
  4000223302445 004054441     080100  080400   230.32    000    081500   M    36    1
                                   8/1 - 8/3   8/4 EOB 190                    03107965
  4000230301113 004054441     080900  080900     0.00    000    082900   M    37  1 EOB 190
                                                                              03115513  PA Required
Sample→4000243301229 004054441 081100 082800   806.12    000    091200   M    36    1
                                                                              03123031
  4000237304194 004054441     081600  081600   115.16    000    082900   M    36    1 psych not(
                                                                              03115513
  4000243301230 004054441     082300  082300   115.16    000    091200   M    36    1 psych not.
                                                                              03123031
  4000251306378 004054441     083000  083000   115.16    000    091200   M    36    1 psych note
                                                                              03123031

                     MTD CLAIMS     196      YTD CLAIMS       87
4-©           1 Sess-1    205.239.141.84                                              3/16
```