FILED

2004 JAN 13 P 2: 08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 3:02CV761(CFD) |
| ) | |
| PATRICIA WILSON-COKER, J.D., M.S.W., ) | |
| COMMISSIONER OF THE ) | |
| STATE OF CONNECTICUT ) | |
| DEPARTMENT OF SOCIAL SERVICES ) | |
| ) | |
| *Defendant*. ) | |
| _____ ) | January 12, 2004 |

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE RESPONSE TO DEFENDANT'S
## OPPOSITION TO SUMMARY JUDGMENT

The plaintiff, Community Health Center, Inc., CHC, hereby moves for an enlargement of time to file any response to defendant's recently filed memorandum re: plaintiff's Motion for Summary Judgment until ten (10) days after the next pre-trial settlement conference presently scheduled for February 4th for the reasons which follow:

1.   Plaintiff having filed the above captioned matter moved for Summary Judgment on the grounds that there are no genuine issues of material fact in dispute.

2. The defendant objected to the same and on December 26th filed a Memorandum of Law in support of its position.

3. While the plaintiff may desire to respond, this matter has been assigned to Magistrate Thomas Smith for the purpose of exploring settlement. There is another conference between the parties scheduled for February 4th.

4. Consequently it seems appropriate at this time to focus on said conference. Should we not resolve the matter we are requesting ten (10) days from said conference to respond to the Memorandum.

                              PLAINTIFF, COMMUNITY HEALTH CENTER, INC.

                              By _____
                              Richard R. Brown
                              Brown, Paindiris & Scott
                              100 Pearl Street
                              Hartford, CT  06103
                              (860) 522-3343 (telephone)
                              (860) 522-2490 (facsimile)
                              Fed. Bar No. 00009

## CERTIFICATION

This is to certify that a copy of this document was faxed and mailed, postage prepaid on January 12, 2004, to all counsel of record including the following:

Peter Brown, Esq.
Assistant Attorney General
P. O. Box 120
Hartford, Connecticut 06141-0120

James Feldesman, Esq.
Feldesman, Tucker, Leifer,
 Fidell & Bank, LLP
2001 L Street, NW, 2nd Floor
Washington, D.C. 20036-4910

_____
Richard R. Brown