FILED

2004 JAN 13 P 2: 08

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC. ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 3:02CV761(CFD) |
| ) | |
| PATRICIA WILSON-COKER, J.D., M.S.W., ) | |
| COMMISSIONER OF THE ) | |
| STATE OF CONNECTICUT ) | |
| DEPARTMENT OF SOCIAL SERVICES ) | |
| ) | |
| *Defendant.* ) | |
| ) | January 12, 2004 |

**GRANTED, absent objection**
**It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT 1/20/04

2004 JAN 21 A 8: 43
U.S. DISTRICT COURT
HARTFORD, CT

### MOTION FOR ENLARGEMENT OF TIME
### TO FILE RESPONSE TO DEFENDANT'S
### OPPOSITION TO SUMMARY JUDGMENT

The plaintiff, Community Health Center, Inc., CHC, hereby moves for an enlargement of time to file any response to defendant's recently filed memorandum re: plaintiff's Motion for Summary Judgment until ten (10) days after the next pre-trial settlement conference presently scheduled for February 4th for the reasons which follow:

1. Plaintiff having filed the above captioned matter moved for Summary Judgment on the grounds that there are no genuine issues of material fact in dispute.