# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC.<br>*Plaintiff* | CIVIL ACTION NO. 302CV761 (CFD) |
| v. | |
| PATRICIA WILSON-COKER, J.D.,<br>M.S.W., COMMISSIONER OF THE<br>STATE OF CONNECTICUT,<br>DEPARTMENT OF SOCIAL SERVICES<br>*Defendant* | December 18, 2003 |

### FURTHER MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the defendant moves for a one week extension of time within which to file her Reply to Plaintiff's Motion for Summary Judgment. The defendant's response is currently due on December 19, 2003. Counsel for the defendant has missed several days of work due to illness and will require until December 26, 2003 to complete the brief. Counsel for the plaintiff objects to the granting of a one week Motion for Extension of Time. This is the fourth Motion for Extension of Time in this matter.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: Peter L. Brown, ct 12132
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385