02Cr74/conf

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**Settlement Conference Calendar**

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

February 4, 2004

10:00 a.m.

CASE NO. **3-02-761** (CFD) **Community Health Center v. Social Services**

**SETTLEMENT CONFERENCE**

Peter L. Brown
Attorney General's Office
55 Elm St., PO Box 120
Hartford, CT 06101-0120

Richard R. Brown
Brown, Paindiris & Scott
100 Pearl St., Ste 1100
Hartford, CT 06103

James L. Feldesman
Feldesman, Tucker, Leifer, Fidell & Bank
2001 L St., NW
Second Floor
Washington, DC 20036

Kathy S. Ghiladi
Feldesman, Tucker, Leifer, Fidell & Bank
2001 L St., NW
Second Floor
Washington, DC 20036

Robert T. Rimmer
The Reardon Law Firm
160 Hempstead St., Po Drawer 1430
New London, CT 06320

Conf. held w/TPS - another session set for 4/7-10:00
Time: 3'