FILED

2004 FEB 13 P 2: 06

US. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

COMMUNITY HEALTH CENTER, INC.          )
                                        )
         *Plaintiff,*                   )
                                        )
    v.                                  ) Civil Action No. 3:02CV761(CFD)
                                        )
PATRICIA WILSON-COKER, J.D., M.S.W.,    )
COMMISSIONER OF THE                     )
STATE OF CONNECTICUT                    )
DEPARTMENT OF SOCIAL SERVICES           )
                                        )
         *Defendant.*                   )
_____ )          February 12, 2004


**SECOND MOTION FOR ENLARGEMENT OF TIME**
**TO FILE RESPONSE TO DEFENDANT'S**
**OPPOSITION TO SUMMARY JUDGMENT**


The plaintiff, Community Health Center, Inc., CHC, hereby moves for an

enlargement of time to file any response to defendant's recently filed memorandum re:

plaintiff's Motion for Summary Judgment until ten (10) days after the next pre-trial

settlement conference presently scheduled for April 7th for the reasons which follow:

1.      Plaintiff having filed the above captioned matter moved for Summary

Judgment on the grounds that there are no genuine issues of material fact in dispute.

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW

100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767

2.    The defendant objected to the same and on December 26th filed a Memorandum of Law in support of its position.

3.    While the plaintiff may desire to respond, this matter has been assigned to Magistrate Thomas Smith for the purpose of exploring settlement.  There was a conference between the parties on February 4th; progress seems to have been made towards a non-trial resolution of this matter.  The Court (J. Smith) has ordered the parties to return for a Status Conference on April 7th.

4.    Consequently it seems appropriate at this time to focus on said conference.  Should we not resolve the matter we are requesting ten (10) days from said conference to respond to the Memorandum.

PLAINTIFF, COMMUNITY HEALTH CENTER, INC.

By _____
       Richard R. Brown
       Brown, Paindiris & Scott
       100 Pearl Street
       Hartford, CT  06103
       (860) 522-3343 (telephone)
       (860) 522-2490 (facsimile)
       Fed. Bar No. 00009

## CERTIFICATION

This is to certify that a copy of this document was faxed and mailed, postage prepaid

on February 12, 2004, to all counsel of record including the following:

Peter Brown, Esq.
Assistant Attorney General
P. O. Box 120
Hartford, Connecticut 06141-0120

James Feldesman, Esq.
Feldesman, Tucker, Leifer,
 Fidell & Bank, LLP
2001 L Street, NW, 2nd Floor
Washington, D.C.  20036-4910

Richard R. Brown