UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC.<br>Plaintiff, | CIVIL NO. 3:02-CV-761(CFD) |
| V. | |
| PATRICIA WILSON-COKER,<br>COMMISSIONER, DEPARTMENT<br>OF SOCIAL SERVICES<br>Defendant. | FEBRUARY 12, 2004 |

NOTICE OF WITHDRWAL OF APPEARANCE

TO:  Clerk, United States District Court
     District of Connecticut
     450 Main Street
     Hartford, CT  06103-3060

The undersigned, Attorney Robert T. Rimmer of the Reardon Law Firm, P.C., hereby notifies the Court and the parties to this action of the withdrawal of his appearance on behalf of the plaintiff, Community Health Center, Inc. in the above entitled action.

Robert T. Rimmer
Federal Bar No. 17238
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT  06320
860-442-0444

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on February 12, 2004 to the following counsel of record:

Richard R. Brown
Brown Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103

James Feldesman
Feldesman, Tucker, Leifer, Fidell, LLP
2001 L Street N.W.
Second Floor
Washington, D.C. 20036

Peter L. Brown
Office of the Attorney General
55 Elm Street
Hartford, CT 06141

Robert T. Rimmer