46



FILED

2004 FEB 13 P 2: 06

US DISTRICT COURT
HARTFORD, CT.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 3:02CV761(CFD) |
| ) | |
| PATRICIA WILSON-COKER, J.D., M.S.W., ) | |
| COMMISSIONER OF THE ) | |
| STATE OF CONNECTICUT ) | |
| DEPARTMENT OF SOCIAL SERVICES ) | |
| ) | |
| *Defendant.* ) | |
| ) | February 12, 2004 |

GRANTED, absent objection. It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT

## SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S OPPOSITION TO SUMMARY JUDGMENT

The plaintiff, Community Health Center, Inc., CHC, hereby moves for an enlargement of time to file any response to defendant's recently filed memorandum re: plaintiff's Motion for Summary Judgment until ten (10) days after the next pre-trial settlement conference presently scheduled for April 7th for the reasons which follow:

1. Plaintiff having filed the above captioned matter moved for Summary Judgment on the grounds that there are no genuine issues of material fact in dispute.

---

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767