02CV761wdatty
47

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB P 2: 11
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC.<br>Plaintiff, | : | CIVIL NO. 3:02-CV-761(CFD) |
| V. | : | |
| PATRICIA WILSON-COKER,<br>COMMISSIONER, DEPARTMENT<br>OF SOCIAL SERVICES<br>Defendant. | : | FEBRUARY 12, 2004 |

NOTICE OF WITHDRWAL OF APPEARANCE

TO: Clerk, United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103-3060

The undersigned, Attorney Robert T. Rimmer of the Reardon Law Firm, P.C., hereby notifies the Court and the parties to this action of the withdrawal of his appearance on behalf of the plaintiff, Community Health Center, Inc. in the above entitled action.

Granted, absent objection. So ordered. CFD USDJ 3/18/04

FILED
2004 MAR 18 P 4: 40
U.S. DISTRICT COURT
HARTFORD, CT.

Robert T. Rimmer
Federal Bar No. 17238
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT 06320
860-442-0444

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515