UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 APR -7 P 2: 14

U.S. DISTRICT COURT
HARTFORD, CT.

COMMUNITY HEALTH CENTER
          -Plaintiff(s)


          -v-                                    NO.   3: 02 CV 761 (CFD)


DEPARTMENT OF SOCIAL SERVICES
          -Defendant(s)


## SETTLEMENT CONFERENCE MEMORANDUM

A fifth settlement conference was held in this case today. The case has not settled.  The parties desire that the litigation proceed.  Discovery is complete.   There is a pending motion for summary judgment that must be responded to within 21 days of this date.  Thereafter, if necessary, the parties desire a trial.

Dated at Hartford, Connecticut, this 7ᵗʰ day of April, 2004.


_____
Thomas P. Smith
United States Magistrate Judge