UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 NOV -9  P 12: 42
U.S. DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC., | : | CIVIL ACTION NO.:3:02CV761(CFD) |
| *Plaintiff* | : | |
| | : | |
| vs. | : | |
| | : | |
| PATRICIA WILSON-COKER, J.D., M.S.W., | : | |
| COMMISSIONER, DEPARTMENT OF | : | |
| SOCIAL SERVICES, | : | |
| *Defendant* | : | NOVEMBER 8, 2004 |

## WITHDRAWAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT FOR HARTFORD.

Please enter my Withdrawal for the Defendant, Patricia Wilson-Coker, J.D.,M.S.W., Commissioner, Department of Social Services.

DEFENDANT
DEPARTMENT OF SOCIAL SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

Peter L. Brown
Assistant Attorney General
Federal Bar No. ct12132
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax.: (860) 808-5385
Email:peter.brown@po.state.ct.us

1

## CERTIFICATION

I hereby certify that a copy of the foregoing **Withdrawal** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 8th day of November 2004, first class postage prepaid to:

>Richard Brown, Esq.
>Brown, Paindiris & Scott
>100 Pearl Street
>Hartford, CT  06103-4506

_____
Peter L. Brown
Assistant Attorney General