UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COMMMUNITY HEALTH CENTER INC., | : | CIVIL ACTION NO. 3:02CV761 (CFD) |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| PATRICIA WILSON-COKER, J.D., | : | |
| M.S.W., COMMISSIONER, | : | |
| DEPARTMENT OF SOCIAL SERVICES, | : | |
| *Defendant* | : | NOVEMBER 16, 2004 |

## **APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT.

Please enter my appearance for the Defendant, Patricia Wilson-Coker, J.D., M.S.W., Commissioner, Department of Social Services in lieu of Assistant Attorney General Peter L. Brown.

                              DEFENDANT

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

                              Richard J. Lynch
                              Assistant Attorney General

BY: _____
        Daniel Shapiro
        Assistant Attorney General
        Federal Bar No. ct20128
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Daniel.Shapiro@po.state.ct.us
        Tel.: (860) 808-5210
        Fax.: (860) 808-5385

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Appearance** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 16th day of November, 2004, first class postage prepaid to:

Richard R. Brown, Esq.
Brown, Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT  06106

_____
Daniel Shapiro
Assistant Attorney General