UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COMMUNITY HEALTH CENTER, INC., :
    Plaintiff, :
 :
v. :
 : Civil Action No. 3:02CV761 (CFD)
PATRICIA WILSON-COKER, J.D., :
M.S.W., COMMISSIONER OF THE :
STATE OF CONNECTICUT :
DEPARTMENT OF SOCIAL SERVICES, :
    Defendant. :

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A ruling on the following motions which are currently pending: orefm.)

_X_ A settlement conference (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf) _____

___ Other: (orefmisc./misc)_____

SO ORDERED this 4th day of March 2005, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE