## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC., | : | CIVIL ACTION NO. 3:02cv761(CFD) |
|    *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| PATRICIA WILSON-COKER, J.D., M.S.W, | | |
| COMMISSIONER OF THE STATE OF | : | |
| CONNECTICUT DEPARTMENT OF | : | |
| SOCIAL SERVICES | : | |
|    *Defendant* | : | APRIL 8, 2005 |

### MOTION TO QUASH AND/OR FOR A PROTECTIVE ORDER

The defendant in this matter moves, pursuant to Fed. R. Civ. P. 26 and Fed. R. Civ. P. 45, for an order quashing the subpoena issued to the Commissioner of the Department of Social Services (hereinafter "Department").  The subpoena was issued and served on or about February 24, 2005, long after the period of discovery had ended.  In fact, as the Honorable Thomas P. Smith notes in his Settlement Conference Memorandum (Document #50) dated April 7, **2004**, "Discovery is complete".  The period for discovery has ended a year ago, and there exists no justifiable reason to now make the Department subject itself to a deposition simply because plaintiff's counsel has now reached the conclusion that it should have conducted further discovery during the discovery period.

For the foregoing reasons as more fully set forth in defendant's memorandum of law, defendant respectfully requests that this Court quash the subpoena.

        DEFENDANT

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        Richard J. Lynch
        Assistant Attorney General

BY:   _/s/_____
        Daniel Shapiro
        Assistant Attorney General
        Federal Bar No. ct20128
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5210
        Fax: (860) 808-5385
        E-mail:  Daniel.Shapiro@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this _____8th_____ day of April, 2005, first class postage prepaid to:

Richard Brown, Esq.
Brown, Paindiris & Scott, LLP
100 Pearl Street, Suite 1100
Hartford, CT  06103

James Feldesman, Esq.
Feldesman, Tucker, Leifer & Fidell, LLP
2001 **L** Street, N.W., 2nd Floor
Washington, D.C.  20036


\_\_/s/_____
Daniel Shapiro
Assistant Attorney General
Federal Bar No. ct20128