UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC., | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 3:02CV761 (CFD) |
| | : |
| PATRICIA WILSON-COKER, J.D., M.S.W., | : |
| COMMISSIONER OF THE STATE OF | : |
| CONNECTICUT DEPARTMENT OF | : |
| SOCIAL SERVICES, | : |
| Defendants. | : |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

**X**  A ruling on the following motion which is currently pending: **Motion to Quash and/or For a Protective Order [66]** (orefm.)

\_\_\_\_  A settlement conference (orefmisc./cnf)

\_\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this 25th day of April, 2005 at Hartford, Connecticut.

       /s/ CFD
Christopher F. Droney
United States District Judge