UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>PATRICIA WILSON-COKER, J.D., M.S.W.,<br>COMMISSIONER OF THE<br>STATE OF CONNECTICUT<br>DEPARTMENT OF SOCIAL SERVICES<br><br>*Defendant*. | Civil Action No. 3:02CV761(CFD)<br><br><br><br>JUNE 7, 2005 |

**CONFERENCE STATUS REPORT**

This matter is scheduled for a status conference on June 8th at 10:00 a.m. Community Health Center, Inc. ("CHCI"), has alleged that the State of Connecticut's Department of Social Services ("DSS") has violated, and is violating, provisions of Federal law governing the Medicaid program. As a result, DSS already has improperly taken back Medicaid payments to which CHCI is legally entitled and has issued a directive under which there will be further unlawful curtailments of CHCI's reimbursement for Medicaid services. These unlawful acts stem from DSS' refusal to pay for an essential service, commonly referred to as "case management." CHCI's June 12, 2003 Settlement Memorandum sets forth detailed background

concerning CHCI's claims in this action as well as the nature and importance of case management services. CHCI's prior settlement memorandum is hereby incorporated by reference.

## **PRESENT STATUS OF THE CASE**

CHCI still believes that the issues in this matter are entirely legal in nature. It submitted a motion for summary judgment in August of 2002. However, in September of 2004, this Court issued its ruling on the Motion for Summary Judgment. In its decision denying the motion, the Court found that there were issues of material fact, including such things as whether case management services constituted billable client visits; whether the four visits that the State auditor declared improperly paid, constituted billable client visits; and if those visits were improperly paid, whether DSS has an obligation to recalculate CHCI's prospective payment basis.

This Court on or about May 26th issued a ruling on discovery, allowing both parties sixty (60) days to deal with discovery on the three unaddressed issues that are essential to the ultimate disposition of this case.

2

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767

Respectfully submitted,

*[signature]*

Richard R. Brown
Fed. Bar No. 00009
Brown, Paindiris & Scott, LLP
100 Pearl Street, Suite 1100
Hartford, CT 06103
(860)522-3343 (Telephone)
(860)522-2490 (Facsimile)

and

James L. Feldesman
Kathy S. Ghiladi
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Counsel for Plaintiff*

**CERTIFICATION**

This is to certify that on this 7th day of June, 2005, a copy of this document was faxed (860-808-5385) to Daniel Shapiro, Assistant Attorney General, P.O. Box 120, Hartford, CT 06141-0120; faxed (203-772-7723) to Marilyn B. Fagleson, Esq. and Louis B. Todisco, Esq., Murtha Cullina, LLP., P.O. Box 0704, New Haven, CT 06503-0704.

_____
Richard R. Brown, Esq.

4

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767