UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC., | ) | LEAD DOCKET NO. |
| | ) | |
| *Plaintiff,* | ) | 3:02 CV 761(CFD) |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICIA WILSON-COKER, COMMISSIONER OF THE STATE OF CONNECTICUT DEPARTMENT OF SOCIAL SERVICES | ) ) ) ) | |
| | ) | |
| *Defendant.* | ) ) | JULY 6, 2005 |

**MOTION TO AMEND AND ENLARGE SCHEDULING ORDER**

The plaintiff, with the full concurrence of the defendant in this matter hereby moves this Court to amend any Scheduling Order entered by extending the time by sixty (60) days until September 9, 2005. This request is made for the reasons

1.  Plaintiff has been informed that DSS, the defendant, desires to make a universal settlement offer to the defendant, including one that would also encompass a similar matter. Community Health Center, Inc. v. Patricia Wilson-Coker, DSS, et al., 3;01CV146(JBA); a motion is being filed in that matter.

2. The Department had expected to submit these proposals to the plaintiff FQHCs by the end of May, 2005. Because such proposals would involve additional expenditures of state funds, however, it was necessary for the Department to confer with the Connecticut Office of Policy and Management (OPM), which has the statutory responsibility to review and respond to budget request of state agencies, regarding the financial implications of these proposals.

3. Due to the protracted nature of discussions and negotiations concerning a state budget and the June special session of the legislature, the process of conferring with OPM was not completed until June 22, 5005.

4. OPM has now given its approval to proceed with settlement negotiations in these consolidated cases.

5. To that end, and at the request of the plaintiffs, initial meetings between Deputy Commissioner Michael Starkowski of the Department of Social Services and representatives of the plaintiffs in the consolidated cases have been scheduled for early to mid-July.

6. The plaintiffs have further requested, and the defendant has agreed, that settlement offers will be forthcoming from the Department of Social Services no later than the end of July.

7.  Due to the number of plaintiffs in the two consolidated cases (a total of eight Connecticut FQHCs) and the time of year, with attendant issues regarding availability, it is felt that the period of time requested is necessary in order to give settlement efforts a reasonable chance to succeed.

All parties are in agreement with the requested extension of time. The parties will be able to devote their time in the intervening period of good faith settlement efforts, as opposed to focusing on litigation.

Wherefore, it is so moved.

PLAINTIFF, COMMUNITY HEALTH CENTER

By_____
Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103
Tel: 860-522-3343
Fax: 860-522-2490
Fed Bar No. ct00009

## **CERTIFICATION**

This is to certify a copy of the foregoing Motion to Amend and Enlarge Scheduling Order was mailed in accordance with Rule 5(b0 of the Federal Rules of Civil Procedure on this 6th day of July, 2005, first class postage prepaid to:

Daniel Shapiro, AAG
Office of Attorney General
P.O. Box 120
Hartford, CT  06141-0120

Louis B. Todisco, Esq.
Marilyn Fagelson, Esq.
Murtha Cullina, LLP
Two Whitney Avenue
P.O. Box 0704
New Haven, CT  06053-0704

James L. Feldesman, Esq.
Feldesman, Tucker, Leifer, Eidell and Bank, LLP
2001 L Street, N.W.
Washington, D.C. 20036

                                               Richard R. Brown, Esq.