

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No 3:02CV761(CFD) |
| ) | |
| PATRICIA WILSON-COKER, J.D., M.S.W., ) | |
| COMMISSIONER OF THE ) | |
| STATE OF CONNECTICUT ) | |
| DEPARTMENT OF SOCIAL SERVICES ) | |
| ) | |
| *Defendant.* ) | |
| ) | MARCH 3, 2006 |

### MOTION FOR DISMISSAL OF ACTION

The plaintiff in the above captioned matter in accordance with Rule 41(a)(2), Rules of Civil Procedure, moves this Court to dismiss the above captioned matter with prejudice for the reasons which follows:

1. Plaintiff, Community Health Center, Inc. ("CHCI") commenced this action in 2002 against the Connecticut Department of Social Services ("DSS").

2. The defendant is the Connecticut Department of Social Services.



BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767